# 26-C-1195

## COVER LETTER TO THE CLERK


U.S. District Court
Wisconsin Eastern

JUL 08 2026

FILED
Clerk of Court

U'si Ch-ab

c/o Near 1208A Carr Place

Oshkosh, Wisconsin (Northwest Territory of North America)

Zip-Code Exempt DMM 602 1:3 e (2)

Near [54901]

Email: Futuregentleman_2012@hotmail.com

July 6th, 2026, Gregorian Calendar Year

Via Certified Mail: #95890710527009626654669

Linda M. Klemm, Clerk of Court

United States District Court

Eastern District of Wisconsin

517 E. Wisconsin Ave.. Rm 362 )

Milwaukee, WI 53202

RE: Filing of Complaint through FTCA and Bivens — U'si Ch-ab v. The United States of America and Rodger Stokely

Dear Clerk Klemm:

Please accept for filing the following documents in the above-entitled matter:

ENCLOSED DOCUMENTS:

1. Civil Cover Sheet (JS 44) — completed

2. Complaint (47 pages including exhibits index)
   - Federal Tort Claims Act (FTCA) claim through 28 U.S.C. §§ 1346(b), 2671-2680
   - Bivens Constitutional claims through 28 U.S.C. § 1331

Page 1 of 3

- Demand: $75,000.00
- Jury trial demanded

3. Summons (AO 440) — two (2) copies for signature and issuance:
   - One for The United States of America
   - One for Rodger Stokely (individual capacity)

4. Filing Fee: Money order in the amount of $405.00 payable to "Clerk, US District Court"

ATTACHED EXHIBITS (A through V):
- Exhibit A: Video Recording of TSA Incident
- Exhibit B: U.S. Constitution (relevant provisions)
- Exhibit C: Oath and Affirmation
- Exhibits D, E, F, G, I, J, L, M, N, O, P, R, S, T, U; As detailed in attached List of Exhibits
- Exhibit V: Notarized International Acknowledgement of Identification Affidavit
- Reserved Exhibits H and Q for potential future proceedings

SPECIAL NOTATIONS:
- In Forma Pauperis: NOT REQUESTED — full filing fee enclosed
- Consent to Magistrate Judge: Not applicable — case proceeds before District Judge
- Pro Se Status: Plaintiff appears in propria persona and sui juris

SERVICE INSTRUCTIONS:

Upon issuance of signed summons, Plaintiff will effect service within 90 days per FRCP 4(m):

- The United States: Via registered or certified mail pursuant to FRCP 4(i)(1)(A)(ii) to the civil-process clerk at the Office of the United States Attorney for the Eastern District of Wisconsin; and via registered or certified

Case 2:26-cv-01195-JPS    Filed 07/08/26    Page 2 of 3    Document 1-2

mail pursuant to FRCP 4(i)(1)(B) to the Attorney General of the United States, Washington, D.C.

- Rodger Stokely: Via personal service pursuant to FRCP 4(i)(3) and FRCP 4(e)(2)(A) by a non-party adult (at least 18 years of age) at his usual place of abode or location within the judicial district.

Proof of Service will be filed promptly upon completion pursuant to FRCP 4(l). For service on the United States, Plaintiff will file the signed return receipts. For service on Rodger Stokely, Plaintiff will file the completed Proof of Service on the reverse of the summons (AO 440) or the server's affidavit.

RESERVATION OF RIGHTS:

Plaintiff reserves the right to:

1. Request standby counsel for trial proceedings per 28 U.S.C. § 1654
2. Maintain pro se status and juridical personality throughout this case
3. Appear in his true Indigenous status as an "Indians not taxed" per Exhibits B and D

IN HONOR AND RESPECT,

U'si Ch – ab

f/k/a Alan N. Carroll Jr,

Plaintiff Pro Se

All rights reserved without prejudice

Page 3 of 3