Exhibit B

# The Constitution of the United States

Preamble

We the People of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defence, promote the general Welfare, and secure the Blessings of Liberty to ourselves and our Posterity, do ordain and establish this Constitution for the United States of America.

---

## Article. I. - The Legislative Branch

Section 1 - The Legislature

All legislative Powers herein granted shall be vested in a Congress of the United States, which shall consist of a Senate and House of Representatives.

Section 2 - The House

The House of Representatives shall be composed of Members chosen every second Year by the People of the several States, and the Electors in each State shall have the Qualifications requisite for Electors of the most numerous Branch of the State Legislature.

No Person shall be a Representative who shall not have attained to the Age of twenty five Years, and been seven Years a Citizen of the United States, and who shall not, when elected, be an Inhabitant of that State in which he shall be chosen.

(Representatives and direct Taxes shall be apportioned among the several States which may be included within this Union, according to their respective Numbers, which shall be determined by adding to the whole Number of free Persons, including those bound to Service for a Term of Years, and excluding Indians not taxed, three fifths of all other Persons.) (The previous sentence in parentheses was modified by the 14th Amendment, section 2.) The actual Enumeration shall be made within three Years after the first Meeting of the Congress of the United States, and within every subsequent Term of ten Years, in such Manner as they shall by Law direct. The Number of Representatives shall not exceed one for every thirty Thousand, but each State shall have at Least one Representative; and until such enumeration shall be made, the State of New Hampshire shall be entitled to chuse three, Massachusetts eight, Rhode Island and Providence Plantations one, Connecticut five, New York six, New Jersey four, Pennsylvania eight, Delaware one, Maryland six, Virginia ten, North Carolina five, South Carolina five and Georgia three.

When vacancies happen in the Representation from any State, the Executive Authority thereof shall issue Writs of Election to fill such Vacancies.

Case 2:26-cv-01195-JPS    Filed 07/08/26    Page 1 of 98    Document 1-4

Exhibit C

Iroquois Confederacy of Aborigine American People

  

# Oath and Affirmation
## of
## Aborigine American Status and Heritage

The Iroquois Confederacy of Aborigine American People presents:
Oath and Affirmation of aborigine American Status and Heritage
And States Duty to Honor our Government-to-Government Relationship

Whereas, in the spirit of honoring and reclaiming our heritage, and strengthening our government- to-government relationship as established in the Constitution for The United States of America, H.Con.Res. 331, treaties with our people, declarations, and international law; I do hereby affirm the herein statements to be true, correct, and in honor; to wit:

Whereas, I _____U'si-ch'ab_____ hereby declare, on oath or affirmation, that I absolutely and entirely renounce and abjure all allegiance and fidelity to the United States of America, U.S. government, municipalities, foreign prince, potentate, state, or sovereignty, of whom or which I have heretofore been a subject or citizen; that I will support and defend the Constitution and Great law of Peace of the Iroquois Confederacy of Aborigine American People against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I will bear arms on behalf of the Confederacy when required by the law; that I will remain true to our aborigine American heritage, identity and status; that I will perform work of national importance to aborigine people of America when required by the law; and that I take this obligation freely, without any mental reservation or purpose of evasion; I honor our ancestors who's shoulders we stand upon, please guide our intelligent actions always towards light, love, truth, justice and liberty for our people, heritage, land and natural environment on this __16th__ day of ___October___, 2020 GCY

Autograph: _U'si-Ch'ab_
U'si-ch'ab

Autograph: _Ikhana-hal-makina_
Grand YNGA Ikhana-hal-makina

Autograph: _____
YNGA Kota-ki-bey

AAA Document Number: U0914-C35862

The Electors shall meet in their respective states, and vote by ballot for President and Vice-President, one of whom, at least, shall not be an inhabitant of the same state with themselves; they shall name in their ballots the person voted for as President, and in distinct ballots the person voted for as Vice-President, and they shall make distinct lists of all persons voted for as President, and of all persons voted for as Vice-President and of the number of votes for each, which lists they shall sign and certify, and transmit sealed to the seat of the government of the United States, directed to the President of the Senate;

The President of the Senate shall, in the presence of the Senate and House of Representatives, open all the certificates and the votes shall then be counted;

The person having the greatest Number of votes for President, shall be the President, if such number be a majority of the whole number of Electors appointed; and if no person have such majority, then from the persons having the highest numbers not exceeding three on the list of those voted for as President, the House of Representatives shall choose immediately, by ballot, the President. But in choosing the President, the votes shall be taken by states, the representation from each state having one vote; a quorum for this purpose shall consist of a member or members from two-thirds of the states, and a majority of all the states shall be necessary to a choice. And if the House of Representatives shall not choose a President whenever the right of choice shall devolve upon them, before the fourth day of March next following, then the Vice-President shall act as President, as in the case of the death or other constitutional disability of the President.

The person having the greatest number of votes as Vice-President, shall be the Vice-President, if such number be a majority of the whole number of Electors appointed, and if no person have a majority, then from the two highest numbers on the list, the Senate shall choose the Vice-President; a quorum for the purpose shall consist of two-thirds of the whole number of Senators, and a majority of the whole number shall be necessary to a choice. But no person constitutionally ineligible to the office of President shall be eligible to that of Vice-President of the United States.

---

Amendment 13 - Slavery Abolished. Ratified 12/6/1865.

1. Neither slavery nor involuntary servitude, except as a punishment for crime whereof the party shall have been duly convicted, shall exist within the United States, or any place subject to their jurisdiction.

2. Congress shall have power to enforce this article by appropriate legislation.

---

Amendment 14 - Citizenship Rights. Ratified 7/9/1868.

Exhibit D

Case 2:26-cv-01195-JPS    Filed 07/08/26    Page 3 of 98    Document 1-4

1. All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.

2. Representatives shall be apportioned among the several States according to their respective numbers, counting the whole number of persons in each State, excluding Indians not taxed. But when the right to vote at any election for the choice of electors for President and Vice-President of the United States, Representatives in Congress, the Executive and Judicial officers of a State, or the members of the Legislature thereof, is denied to any of the male inhabitants of such State, being twenty-one years of age, and citizens of the United States, or in any way abridged, except for participation in rebellion, or other crime, the basis of representation therein shall be reduced in the proportion which the number of such male citizens shall bear to the whole number of male citizens twenty-one years of age in such State.

3. No person shall be a Senator or Representative in Congress, or elector of President and Vice-President, or hold any office, civil or military, under the United States, or under any State, who, having previously taken an oath, as a member of Congress, or as an officer of the United States, or as a member of any State legislature, or as an executive or judicial officer of any State, to support the Constitution of the United States, shall have engaged in insurrection or rebellion against the same, or given aid or comfort to the enemies thereof. But Congress may by a vote of two-thirds of each House, remove such disability.

4. The validity of the public debt of the United States, authorized by law, including debts incurred for payment of pensions and bounties for services in suppressing insurrection or rebellion, shall not be questioned. But neither the United States nor any State shall assume or pay any debt or obligation incurred in aid of insurrection or rebellion against the United States, or any claim for the loss or emancipation of any slave; but all such debts, obligations and claims shall be held illegal and void.

5. The Congress shall have power to enforce, by appropriate legislation, the provisions of this article.

---

Amendment 15 - Race No Bar to Vote. Ratified 2/3/1870.

1. The right of citizens of the United States to vote shall not be denied or abridged by the United States or by any State on account of race, color, or previous condition of servitude.

2. The Congress shall have power to enforce this article by appropriate legislation.

 NATIONAL ARCHIVES

# Northwest Ordinance (1787)

**Officially titled "An Ordinance for the Government of the Territory of the United States North-West of the River Ohio," the Northwest Ordinance was adopted on July 13, 1787, by the Confederation Congress, the one-house legislature operating under the Articles of Confederation.**

The Northwest Ordinance chartered a government for the Northwest Territory, provided a method for admitting new states to the Union from the territory, and listed a bill of rights guaranteed in the territory.

Following the principles outlined by Thomas Jefferson in the Ordinance of 1784, the authors of the Northwest Ordinance (probably Nathan Dane and Rufus King) spelled out a plan that was subsequently used as the country expanded to the Pacific.

Three principal provisions were ordained in the document:

1. A division of the Northwest Territory into "not less than three nor more than five States"

2. A three-stage method for admitting a new state to the Union: a congressionally appointed governor, secretary, and three judges to rule in the first phase; an elected assembly and one non-voting delegate to Congress to be elected in the second phase when the population of the territory reached "five thousand free male inhabitants of full age"; and a state constitution to be drafted and membership to the Union to be requested in the third phase when the population reached 60,000

3. A bill of rights protecting religious freedom, the right to a writ of habeas corpus, the benefit of trial by jury, and other individual rights; in addition the ordinance encouraged education and forbade slavery.

Citation: Ordinance for the Government of the Territory of the United States North-West of the River Ohio; 7/13/1787; Miscellaneous Papers of the Continental Congress, 1774 - 1789; Records of the Continental and Confederation Congresses and the Constitutional Convention, Record Group 360; National Archives Building, Washington, DC.

View All Pages in National Archives Catalog

View Transcript

**Sec. 14.** It is hereby ordained and declared by the authority aforesaid, That the following articles shall be considered as articles of compact between the original States and the people and States in the said territory and forever remain unalterable, unless by common consent, to wit:

**Art. 1.** No person, demeaning himself in a peaceable and orderly manner, shall ever be molested on account of his mode of worship or religious sentiments, in the said territory.

**Art. 2.** The inhabitants of the said territory shall always be entitled to the benefits of the writ of habeas corpus, and of the trial by jury; of a proportionate representation of the people in the legislature; and of judicial proceedings according to the course of the common law. All persons shall be bailable, unless for capital offenses, where the proof shall be evident or the presumption great. All fines shall be moderate; and no cruel or unusual punishments shall be inflicted. No man shall be deprived of his liberty or property, but by the judgment of his peers or the law of the land; and, should the public exigencies make it necessary, for the common preservation, to take any person's property, or to demand his particular services, full compensation shall be made for the same. And, in the just preservation of rights and property, it is understood and declared, that no law ought ever to be made, or have force in the said territory, that shall, in any manner whatever, interfere with or affect private contracts or engagements, bona fide, and without fraud, previously formed.

**Art. 3.** Religion, morality, and knowledge, being necessary to good government and the happiness of mankind, schools and the means of education shall forever be encouraged. The utmost good faith shall always be observed towards the Indians; their lands and property shall never be taken from them without their consent; and, in their property, rights, and liberty, they shall never be invaded or disturbed, unless in just and lawful wars authorized by Congress; but laws founded in justice and humanity, shall from time to time be made for preventing wrongs being done to them, and for preserving peace and friendship with them.

**Art. 4.** The said territory, and the States which may be formed therein, shall forever remain a part of this Confederacy of the United States of America, subject to the Articles of Confederation, and to such alterations therein as shall be constitutionally made; and to all the acts and ordinances of the United States in Congress assembled, conformable thereto. The inhabitants and settlers in the said territory shall be subject to pay a part of the federal debts contracted or to be contracted, and a proportional part of the expenses of government, to be apportioned on them by Congress according to the same common rule and measure by which apportionments thereof shall be made on the other States; and the taxes for paying their proportion shall be laid and levied by the authority and direction of the legislatures of the district or districts, or new States, as in the original States, within the

*Exhibit F*

Quick search by citation:

**Title**

enter title

**Section**

section

Go!

# 5 U.S. Code § 3331 - Oath of office

U.S. Code    Notes

An individual, except the President, elected or appointed to an office of honor or profit in the civil service or uniformed services, shall take the following oath: "I, AB, do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God." This section does not affect other oaths required by law.

(Pub. L. 89–554, Sept. 6, 1966, 80 Stat. 424.)

Case 2:26-cv-01195-JPS    Filed 07/08/26    Page 7 of 98    Document 1-4

Exhibit I.I



# Autochthon Aborigine American

## Dossier of
### U'si-ch'ab
### Beneficiary

**A**
**m**
**e**
**r**
**i**
**c**
**a**
**n**

**A**
**b**
**o**
**r**
**i**
**g**
**i**
**n**
**e**





## Onkwehonwe

We the people; aborigine or Onkwehonwe of the land known as
America, which includes:
North, South, Central America and her Islands

## AAA Document number: U0914-C35862

U'si-ch'ab, c/o near 1208 Carr Place,Oshkosh, Wisconsin ((54901)zip code not required)

## **List of Contents**

1. Dossier premise.

2. House, Congress Resolution 331

3. Affidavit, Declaration and Proclamation cover notice.(with terms listed)

4. Affidavit, Declaration and Proclamation Notice.

5. Copper Coin evidence.

6. Photographic evidence 1.

7. Photographic evidence 2.

8. Photographic evidence 3.

9. Photographic evidence 4.

10. Liberty of Auto motion.

11. Written Quotes and Evidence to support status.

12. Jurisprudence Confirming State's duty to Secure me 1.

13. Jurisprudence Confirming State's duty to Secure me 2.

14. Applicable Maxims of Law.

15. Any additional elements autochthon chooses to add [Addendum].

16. Acknowledgment and reaffirmation.

17. Back cover page.

Case 2:26-cv-01195-JPS    Filed 07/08/26    Page 10 of 98    Document 1-4

U'si-ch'ab, c/o near 1208 Carr Place,Oshkosh, Wisconsin ((54901)zip code not required)

## Dossier Premise

This Dossier is a preponderance of evidence to support U'si-ch'ab aborigine American heritage and status. It is definitely an established, but little known truth, that European and other colonists only found copper colored races of people, with so called "Negroid" features, here in North, Central, South America, and her adjoining islands, upon their initial arrival; and

Whereas, the descendants of colonist, pilgrims and U.S. citizens continue to assimilate, alienate, and exterminate aborigine people, culture, identity and heritage, with brutal acts of genocide, fraud, through socio-political constructs and color of law tactics; therefore our people became the "savages", which rescued European and other colonist form suffering, starving and dying; and therefore, that debt and obligation to our people is still outstanding and Congress agrees; and

Whereas House Congressional Resolution 331 has acknowledged the fact that our ancestors developed the political system that formed the thirteen colonies into one republic, and our ancient principles were incorporated into the constitution itself; therefore, the United States, and its various states, owes protection and preservation to the aborigine American people, and the Senate concurred. The debt that was and still is owed to our ancestors, so-called "Indian tribes", is also owed to their posterity, descendants, and heirs into perpetuity; and therefore it has been

Resolved, Senators and representatives come from every state to make up congress; therefore, each and every state, official, and citizen is bound by the constitution, aforementioned resolutions, and maxims of law, which includes but not limited to corporations, municipalities, agencies, subsidiaries, agents, officers, employees, and affiliates are also bound to the constitution for The United States of America, United Nations Declaration on the Rights of Indigenous Peoples, American Declaration on the Rights of Indigenous People and several treaties with our ancestors; to wit:

Case 2:26-cv-01195-JPS    Filed 07/08/26    Page 11 of 98    Document 1-4

U'si-ch'ab, c/o near 1208 Carr Place,Oshkosh, Wisconsin ((54901)zip code not required)

100TH CONGRESS
2D SESSION

# H. CON. RES. 331

---

## IN THE SENATE OF THE UNITED STATES

OCTOBER 5 (legislative day, SEPTEMBER 26), 1988
Received and referred to the Select Committee on Indian Affairs

OCTOBER 21 (legislative day, OCTOBER 18), 1988
Committee discharged

---

# CONCURRENT RESOLUTION

To acknowledge the contribution of the Iroquois Confederacy of Nations to the development of the United States Constitution and to reaffirm the continuing government-to-government relationship between Indian tribes and the United States established in the Constitution.

Whereas the original framers of the Constitution, including, most notably, George Washington and Benjamin Franklin, are known to have greatly admired the concepts of the Six Nations of the Iroquois Confederacy;

Whereas the confederation of the original Thirteen Colonies into one republic was influenced by the political system developed by the Iroquois Confederacy as were many of the democratic principles which were incorporated into the Constitution itself; and

AAA Document Number: U0914-C35892

For inquiries, please call (708) 897-5097

- 4 -

2

Whereas, since the formation of the United States, the Congress has recognized the sovereign status of Indian tribes and has, through the exercise of powers reserved to the Federal Government in the Commerce Clause of the Constitution (art. I, s.2, cl. 3), dealt with Indian tribes on a government-to-government basis and has, through the treaty clause (art. II, s.2, cl. 2) entered into three hundred and seventy treaties with Indian tribal Nations;

Whereas, from the first treaty entered into with an Indian Nation, the treaty with the Delaware Indians of September 17, 1778, the Congress has assumed a trust responsibility and obligation to Indian tribes and their members;

Whereas this trust responsibility calls for Congress to "exercise the utmost good faith in dealings with Indians" as provided for in the Northwest Ordinance of 1787, (1 Stat. 50);

Whereas the judicial system of the United States has consistently recognized and reaffirmed this special relationship: Now, therefore, be it

*Resolved by the House of Representatives (the Senate concurring), That—*

(1) the Congress, on the occasion of the two hundredth anniversary of the signing of the United States Constitution, acknowledges the contribution made by the Iroquois Confederacy and other Indian Nations to the formation and development of the United States;

(2) the Congress also hereby reaffirms the constitutionally recognized government-to-government relationship with Indian tribes which has been the cornerstone of this Nation's official Indian policy;

HCON 331 CDS

AAA Document Number: U0914-C35892

For inquiries, please call (708) 897-5097

3

(3) the Congress specifically acknowledges and re-affirms the trust responsibility and obligation of the United States Government to Indian tribes, including Alaska Natives, for their preservation, protection, and enhancement, including the provision of health, education, social, and economic assistance programs as necessary, and including the duty to assist tribes in their performance of governmental responsibility to provide for the social and economic well-being of their members and to preserve tribal cultural identity and heritage; and

(4) the Congress also acknowledges the need to exercise the utmost good faith in upholding its treaties with the various tribes, as the tribes understood them to be, and the duty of a great Nation to uphold its legal and moral obligations for the benefit of all of its citizens so that they and their posterity may also continue to enjoy the rights they have enshrined in the United States Constitution for time immemorial.

Passed the House of Representative October 4, 1988.

Attest: DONNALD K. ANDERSON,

*Clerk.*

HCON 331 CDS

AAA Document Number: U0914-C35892

For inquiries, please call (708) 897-5097

U'si-ch'ab, c/o near 1208 Carr Place,Oshkosh, Wisconsin ((54901)zip code not required)

Esteemed Office of: _____

Please acknowledge and accept this original copy of our affiant's dossier rectifying, proclaiming, and declaring one's aborigine American heritage, pedigree and political Status. We are fully cognizant that aborigine American people have been coerced into accepting an unlawful and unsubstantiated foreign status; yet we are posterity of races found all over America including her islands; whereas *Walter Ashby Plecker,* along with countless others was grossly instrumental with reclassifying autochthonous aborigine indigenous Americans as: Negro, Mulatto, Colored, African American, Black, etc." As a result, these colorable terms which appear on birth, death, marriage records, and other forms, contracts and documents have and shall always symbolize code under color of law for reclassified indigenous Americans; Whereas we provide you legal and lawful notice. To avoid confusion and secure complete comprehension regarding our affidavit, the following words are defined to clarify what we proclaim and assert, as follows:

**People/people:** linage, autochthon, aborigine American by blood, birthright and heritage. -*Random House College Dictionary, 1978, edition*

**Aborigine:** – based on the Latin phrase "***ab origine***" which means "**from the very first**."*Random House College Dictionary, 1978, edition*

**American:** a native of America; originally applied to the **copper-colored races**, found here by the Europeans. -*American Dictionary of the English Language, Noah Webster, 1828 edition*

**Autochthon:** an aboriginal inhabitant; of the land itself. *(The Random House College Dictionary, 1978 edition)*

**Country: land** as opposed to water; a region of **permanent habitation**. -*The Random House College Dictionary, 1978 edition.* This same dictionary defines "land" as ground, soil; a nation or people.

**Indigenous:** aborigine people with "Negroid" features of the land known as America.

**Negro:** applies, in this matter, to the reclassified aborigines of America, and not the "Negros of Africa".

**Pilgrim:** from Latin "peregrinus" which means; foreigner, alien, wanderer, or traveler. *The Random House College Dictionary, 1978 edition,* the same dictionary defines "alien" as one who has been estranged, or excluded.

**Temporary:** means we arrive on Earth for a short span of time/years.


Whereas, European and other colonists and pilgrims estranged from their homeland we opened our American hearts, resources, and land to you all. We helped your ancestors survive, established your Constitution, and formed the United States; therefore, In exchange, it is time to honor your oath, duty and obligations, by restraining your people, upholding the constitution, treaties, and certain declarations which are the supreme law of the land; and thereby securing our liberty, and benefits we have yet to enjoy; whereas I, one of "We the People", **U'si-ch'ab**, have come to know the truth; and therefore this notice, affidavit, and maxims of law applies to said Office, Officials, Governments, Agencies, Agents, Officers, etc., and whomever holds this seat through time immemorial.


If you are not the appropriate party intended, then please forward to the appropriate party.

Case 2:26-cv-01195-JPS     Filed 07/08/26     Page 15 of 98     Document 1-4

U'si-ch'ab, c/o near 1208 Carr Place,Oshkosh, Wisconsin ((54901)zip code not required)

I, **U'si-ch'ab,** (ancestor Linage, or family names: Brown, Rockett, Goliday, Caruthers, Carroll ) declare, proclaim, and affirm that Turtle Island also known as the Americas were and still are the habitat, lands, earth, water and sky of our Aboriginal Indigenous Autochthonous Ancient American Mound Building fore-mothers and fathers. As remnant seed of our various "copper-colored race" of people that European and other colonists and Pilgrims "found" here when you all arrived on our American shores; we aborigine American people are part and parcel with, and on, our American ancestral lands and retain our American status by birthright, pedigree and blood heritage; and

Whereas the conscious living, breathing, flesh, blood and bone natural being is never to be construed with the colorable corporate fiction or legal person that appears to be one and the same with me, the fact is that, on paper the legal fiction of said entity, ("Alan Nathan Carroll Jr."), remarkably resembles and sounds like the appellation gifted to me by my mother; whereas I am cognizant and aware that such legal fiction or entity listed on birth, marriage, and death records, is a U.S. citizen and corporate ward, created in colorable form, and without my authority, knowledge, or consent when I arrived on earth; this is known as paper genocide, which is reclassification and assimilation my people through eugenics programs, experiments, and laws, *see: Public Law 115 - 121 - Thomasina E. Jordan Indian Tribes...*; However, those documents and I are politically, formally, technically, nationally, and lawfully, distinct and different; therefore, those documents and contracts are unlawful and not binding; and

Whereas my people and I have been reclassified as: Colored, Negro, Black, Native, American Indian, Amerindian, Black Carib, Maroon, African-American, People of Color, and Freedman over the centuries by various foreigners arriving on our shores. For example, the English called us Natives, Savages and Indians, the Spanish called us Negro, or Moreno, and the Portuguese called our people Indio or Indiano; and

Therefore be it Resolved; aborigine people of the Americas are still here, and I am, that I am; I am **U'si-ch'ab** one of the autochthonous aborigine people of America unified with, attached to, and upon our ancestral land, soil, earth and sky also known as "America" – particularly so called "Wisconsin", or **Meskwa**. This Affidavit of Fact and truth regarding my heritage, and lawful, national, political status; Whereas this dossier serves as our official public notice and proclamation to all agents, principals, officers, affiliates, assigns, governments, officials, etc.; Hereby all be notified *nunc pro tunc* and into perpetuity; and whereas any and all past, present and future contractual agreements lacking free, prior and informed consent, or diminishing our peoples unalienable rights, shall be deemed null, void, and not binding; and therefore, all liberties, and my American heritage, pedigree and birthright from time immemorial is affirmed, reclaimed, and shall be retained into perpetuity. The preceding is true, correct, and complete.

I am _U'si Ch-ab_

Flesh, Blood, Bone and Spirit, U'si-ch'ab an Autochthon Aborigine American
All rights reserved. Not a "Citizen" or corporate entity, in propria persona, sui juris.



State of Wisconsin

Winnebago County

Subscribed and sworn to (or affirmed) before me on

This _18th_ day of _October_, 20_23_

By _Kimbreyan Gilbert_,

Proved to me on the basis of satisfactory evidence to be the person who appeared before me.

The notary is not a party to the claim or contents but rather **a highly credible Federal witness as per TITLE 18, PART I, CHAPTER 73, SEC. 1512**
(Signature and Seal of Notary)

Autochthon Aborigine American Global Identity & Liberty Card/Notice
Issued: first day of February of the year 2020

U0914-C35862
Arrived on earth: *circa* 5th day of August,1984
Title: U'si-ch'ab
c/o: 1208 Carr Place
Oshkosh, Wisconsin, or Meskwa
Zip-code not required
Non-domestic, aborigine of America
TAX STATUS: NON OBLIGEE/OBLIGOR
Autograph
Eyes: brown
Hair: dk brown
Height: 5',6"
*All liberty and remedy retained and secured, because I am what I say I am. UNDRIP, H. Con. Res. 331*

AAA Document Number: U0914-C35892

For inquiries, please call (708) 897-5097

- 8 -

Kimbreyan Gilbert
NOTARY PUBLIC
STATE OF WISCONSIN

06/08/2024

# Europeans found copper colored races in America!

**American** – The copper colored races found here by the Europeans
"**American Dictionary of the English Language,**" by Noah Webster

**The THREE COINS PICTURED BELOW ARE GENUINE COPPER**



Case 2:26-cv-01195-JPS    Filed 07/08/26    Page 17 of 98    Document 1-4

# Photographic Evidence 1

## of aborigine Americans "found" here by European and other colonist











# Photographic Evidence 2

## of aborigine Americans "found" here by European and other colonist



Maya - A bearded ruler has an audience with visitor wearing a bird headdress accompanied by twin attendants in black wearing feather headdresses. The mirror is in either a basket or a ceramic painted to imitate a basket.



Maya - Ruler looking into mirror with vase on his right



Maya - Ruler being dressed with Giant Animal headdress

Case 2:26-cv-01195-JPS    Filed 07/08/26    Page 19 of 98    Document 1-4

# Photographic Evidence 3

## of aborigine Americans "found" here by European and other colonist









U'si-ch'ab, c/o near 1208 Carr Place,Oshkosh, Wisconsin ((54901)zip code not required)

# Photographic Evidence 4

### of aborigine Americans "found" here by European and other colonist



Chahta Indian Woman c.19c



Reconstructed face of a young woman who lived more than 11,500 years ago, in a rock shelter in South Eastern Brazil, she was nicknamed Luzia. Originally published by the Brazilian magazine Veja, Aug. 1999.



Colombia - Calima Culture 200 B.C. - 250 A.D.



Olmec colossal head - some up to 12 ft. tall and weighing several tons. They are though to be monuments to deceased Kings.



Virginia Historical Society in Richmond



Panama - gold pendant - 500 A.D.

AAA Document Number: U0914-C35892

For inquiries, please call (708) 897-5097

- 13 -

U'si-ch'ab, c/o near 1208 Carr Place,Oshkosh, Wisconsin ((54901)zip code not required)

# Liberty of AutoMotion



1) **18 USC 31 (a)(6)** – The term **"motor vehicle"** **means** every description of carriage or other contrivance propelled or drawn by mechanical power **AND USED FOR COMMERCIAL PURPOSES** on the highways in the transportation of passengers, passengers and property, or property or cargo.

2) **18 USC 31 (a)(10)** – The term **"USED FOR COMMERCIAL PURPOSES"** **means** the carriage of persons or property **FOR ANY FARE, FEE, RATE, CHARGE** OR OTHER CONSIDERATION, OR DIRECTLY OR INDIRECTLY IN CONNECTION WITH ANY BUSINESS, OR OTHER UNDERTAKING **INTENDED FOR PROFIT**.

3) **Thompson v. Smith** 154 SE 579 – The right of the citizen to **travel upon the public highways** and to transport his property thereon, **either by carriage or by automobile, is not a mere privilege which a city may prohibit or permit at will,** but a **common right** which he has under the right to life, liberty, and the pursuit of happiness.

4) **Kent v. Dulles** 357 u.s. 116 (1958) – "**The right to travel is a part of the "liberty" of which a citizen cannot be deprived** without due process of law under the Fifth Amendment.

5) **Chicago Motor Coach v. Chicago** 169 NE 22 – "Even **the legislature has no power to deny to a citizen the right to travel upon the highway** and transport his property in the ordinary course of his business or pleasure....

6) **Davis v. Wechsler** 263 US 22, at 24 – The assertion of federal rights, when plainly and reasonably made, is not to be defeated under the name of local practice.

7) **Schactman v. Dulles** 96 App D.C. 287, 293 – Undoubtly the right to remove from one place to another according to inclination, is an attribute of personal liberty, and **the right, ordinarily, of free transit from or through the territory of any State is a right secured** by the 14th Amendment and by other provisions of the Constitution.

8) **International Covenant on Civil and Political Rights Article 12 (1)** – **Everyone lawfully within the territory of a State shall, within that territory, have the right to liberty of movement** and freedom to choose his residence.

9) **Universal Declaration of Human Rights (1)** – **Everyone has the right to freedom of movement and residence within the borders of each State.**

AAA Document Number: U0914-C35892                    For inquiries, please call (708) 897-5097

U'si-ch'ab, c/o near 1208 Carr Place,Oshkosh, Wisconsin ((54901)zip code not required)

# Written Quotes and Definitions Supporting My Autochthony

1) *One hundred years later, the Negro is still languished in the corners of American society and finds himself an exile IN HIS OWN LAND.* -Martin Luther King, Jr., I Have A Dream Speech, August 28, 1960-

2) **AMERICAN** A native of America; originally applied to the aboriginals, or copper-colored races, found here by the Europeans. -American Dictionary of the English Language, Noah Webster, 1828-

3) **Native** – 1. *An American Indian*; 2. Native American; 5. A Negro {1848}. -A Dictionary of American English on Historical Principles, 1942-

4) **Nigger** – 3. A dark-skinned person of any origin. In early U.S. use usually with early reference to **American Indians**. -Oxford English Dictionary, 3rd edition, 2003-

5) "The Natives, the so-called savages...they are, in general, strong, agile, and supple people, ...." "They also besmear their children with grease and let them creep about in the heat of the Sun, so that they become the color of a nut, .....They strive after a sincere honesty, hold strictly to their promises, cheat and injure no one. They willingly give shelter to others and are both useful and loyal to their guests...They are, furthermore, serious and of few words...." -Francis Daniel Pastorius, Founder of Germantown, Pennsylvania, 1700-

6) "For their Persons, they are generally tall, streight, well-built, and of singular Proportion; they tread strong and clever, and mostly walk with a lofty Chin: Of Complexion, ....as the Gypsies in England: They grease themselves with Bears-fat clarified, and using no defence against Sun or Weather, **their skins must be swarthy.**" - William Penn, Describes Lenapi, Nanticoke, 1683-

7) "In 1524, the Carolina coast people were said to be **'of dark color'** not much unlike the Ethiopians. -Africans and Native Americans Jack Forbes, 1993-

8) "The people differ very much in stature, especially in language, as before expressed....but generally tall and straight, of a comely proportion, **and of a colour brown.**" -Captain John Smith's written description for American Indians, 1612-

9) "Pocahontas was probably one of Poston's **'dusky maidens,'** -Arizona Miner, Arizona Weekly Journal, March 1867-

10) **Black** – [from the Old English word *blaec*, which is related to *blac* "PALE, COLORLESS." See *bleach*] - The Random House Dictionary of the English Language, 1973, School Edition-

11) The skull... of a young woman, nicknamed Luzia, who is believed to have roamed the savannah of south-central Brazil some 11,500 years ago. Even more startling, **a reconstruction of her cranium undertaken in Britain this year indicates that her features appear to be Negroid** rather than Mongoloid, suggesting that the Western Hemisphere may have initially been settled not only earlier than thought, but by a people distinct from the ancestors of today's North and South American Indians. "This skeleton is nearly 2,000 years older than any skeleton ever found in the Americas, and *it does not look like those of Amerindians or North Asians.*" -www.NYTimes.com/1999/10/26/-

Case 2:26-cv-01195-JPS     Filed 07/08/26     Page 23 of 98     Document 1-4

U'si-ch'ab, c/o near 1208 Carr Place,Oshkosh, Wisconsin ((54901)zip code not required)

# Jurisprudence Confirming State's Duty
# To Secure Me 1

Autochthonous AmErican Americans are Indigenous to these lands, Ab Origine (from the beginning), and are therefore, entitled to security, protection, and preservation according to the following:

1) The **Congress specifically acknowledges** and reaffirms **the** trust responsibility and **obligation of the United States Government to Indian tribes, including Alaska Natives, for their preservation, protection,** including the provision of health, education, social, and economic assistance programs as necessary..... – "**House Resolution 331,**" (and the Senate concurs) October 4, 1988 –

2) United Nations "**Declaration on the Rights of Indigenous Peoples,**" September 13, 2007, specifically states:

**Indigenous individuals have the rights to life, physical and mental integrity, liberty and SECURITY of person.** - Article 7 (1) -

**Indigenous peoples** have the collective right to live in freedom, peace and security as distinct peoples and **SHALL NOT BE SUBJECTED TO ANY act of GENOCIDE OR ANY OTHER ACT OF VIOLENCE, including forcibly removing children of the group to another group.** - Article 7 (2) -

**Indigenous peoples and individuals** have the right not to be subjected to forced assimilation or destruction of their culture. - Article 8 (1) -

**STATES SHALL PROVIDE** effective mechanisms for PREVENTION of, and redress for:

**Any action which has the aim or effect of depriving them of their integrity** as distinct peoples, or of their cultural values **or ethnic identities;** - Article 8 (2) a -

**ANY ACTION WHICH HAS THE AIM OF DISPOSSESSING THEM OF THEIR lands, territories or RESOURCES;** - Article 8 (2) b -

**Any form of forced population transfer** which has the aim or effect of violating or undermining any of their rights; - Article 8 (2) c -

**Any form of forced assimilation** or integration; - Article 8 (2) d -

**ANY FORM OF PROPAGANDA designed to promote or incite racial** or ethnic **discrimination directed AGAINST THEM.** - Article 8 (2) e -

**Indigenous peoples and individuals have the right to belong to an** indigenous community or **nation,** in accordance with the traditions and customs of the community or nation concerned. **No discrimination of any kind may arise from the exercise of such a right.** - Article 9 -

Case 2:26-cv-01195-JPS     Filed 07/08/26     Page 24 of 98     Document 1-4

U'si-ch'ab, c/o near 1208 Carr Place,Oshkosh, Wisconsin ((54901)zip code not required)

# Jurisprudence Confirming State's Duty To Secure Me 2

Autochthonous AmErican Americans are Indigenous to these lands, Ab Origine (from the beginning), and are therefore, entitled to security, protection, and preservation according to the following:

2) United Nations "**Declaration on the Rights of Indigenous Peoples**," September 13, 2007, specifically states: (continued)

**Indigenous individuals have an equal right to** the enjoyment of **the highest attainable standard of physical and mental health. STATES SHALL take the necessary steps** with a view **to achieving** progressively **the full realization of this right.** - Article 24 (2) -

**Indigenous peoples HAVE THE RIGHT TO THE LANDS, territories and RESOURCES** which they have traditionally owned, occupied **or otherwise USED OR ACQUIRED.** - Article 26 (1) -

**Indigenous peoples HAVE THE RIGHT TO OWN, USE,** develop **and control the LANDS,** territories and **RESOURCES that they possess** by reason of traditional ownership or other traditional occupation **or use, AS WELL AS THOSE WHICH THEY HAVE OTHERWISE ACQUIRED.** - Article 26 (2) -

**STATES SHALL GIVE legal RECOGNITION and PROTECTION to these LANDS,** territories **AND RESOURCES.** Such recognition shall be conducted with due respect to the customs, traditions and land tenure systems of the indigenous peoples concerned. - Article 26 (3) -

**Indigenous peoples have the right to** redress, by means that can include **restitution** or, when this is not possible, **just, fair and equitable compensation,** for the lands, territories and **resources which they have** traditionally **owned or otherwise occupied or used,** *and which have been confiscated, taken, occupied, used or damaged* without their free, prior and informed consent. - Article 28 (1) -

Unless otherwise freely agreed upon by the peoples concerned, **COMPENSATION SHALL TAKE THE FORM OF LANDS, TERRITORIES, AND RESOURCES equal in quality, size and legal status or of monetary compensation or other appropriate redress.** - Article 28 (2) -

**Indigenous peoples have the right TO DETERMINE THE RESPONSIBILITIES OF INDIVIDUALS** to their communities. - Article 35 -

3) The "**Convention on the Prevention and Punishment of Genocide**," January 12, 1951, clearly states that complicity and/or conspiracy to commit genocide on an individual, or set of individuals, **whose identity is defined BY PHYSICAL CHARACTERISTICS, or common country of NATIONALITY, in any plan to destroy the personal security, Liberty, health, PROPERTY, or lives of individuals** belonging to such groups, *via SYSTEMATIC PATTERNS of coordinated acts is a punishable International crime.* - Article 2 and Artcle 3 -

Case 2:26-cv-01195-JPS     Filed 07/08/26     Page 25 of 98     Document 1-4

U'si-ch'ab, c/o near 1208 Carr Place,Oshkosh, Wisconsin ((54901)zip code not required)

# Applicable Maxims of Law, Bouvier's, 1856

1) Ex multitudine signorum, colligitur identitas vera. *From the great number of signs* TRUE IDENTITY MAY BE ASCERTAINED. Bacon's Max. in Reg. 25.

2) Prior tempore, potior jure. **He who is before in time, is preferred in right.**

3) Haeres est eadem persona cum antecessore. THE HEIR IS THE SAME person WITH THE ANCESTOR. Co. Litt. 22.

4) **He who has committed iniquity, shall not have equity.** Francis' Max., Max. 2.

5) In restitutionem, non in paenam haeres succedit. The heir succeeds to the restitution *NOT the penalty*. 2 Co. Inst. 198.

6) Constructio contra rationem introducta, potius usurpatio quam consuetudo appellari debet. A custom introduced against reason **ought rather to be called an usurpation** than a custom. Co. Litt. 113.

7) Contractus ex turpi caus, vel contr bonos mores nullus est. **A contract founded on a base and unlawful consideration**, or against good morals, **is null**. Hob. 167; Dig. 2, 14, 27, 4.

8) Cujus est solum, ejus est usque ad caelum. HE WHO OWNS THE SOIL OWNS UP TO THE SKY. Co. Litt. 4 a; Broom's Max. 172; Shep. To. 90; 2 Bouv. Inst. n. 15, 70.

9) Cujusque rei potissima pars principium est. The principal part of everything is the beginning. Dig. 1, 2, 1; 10 Co. 49.

10) Ex dolo malo non oritur action. *Out of fraud no action arises*. Cowper, 343; Broom's Max. 349.

11) Ex turpi contractu non oritur actio. **No action arises on an immoral contract.**

12) In fictione juris, semper subsistit aequitas. In a fiction of law, equity always subsists. 11 Co. 51.

13) Jura sanguinis nullo jure civili dirimi possunt. The RIGHT OF BLOOD AND KINSHIP CANNOT BE DESTROYED BY ANY CIVIL LAW. Dig. 50, 17, 9; Bacon's Max. Reg. 11.

14) Nemo cogitur rem suam vendere, etiam justo pretio. **No one is bound to sell his property**, even for a just price. Sed vide Eminent Domain.

15) Nemo debet ex alien jactur lucrari. **NO ONE OUGHT TO GAIN BY ANOTHER'S LOSS.**

16) Nemo praesens nisi intelligat. *ONE IS NOT PRESENT UNLESS HE UNDERSTANDS*. See Presence.

AAA Document Number: U0914-C35892

For inquiries, please call (708) 897-5097

  

# Acknowledgment and Reaffirmation of States

Please acknowledge, accept, Autograph and return this Acknowledgment and Reaffirmation of States page of our affiant's dossier to mailing location above rectifying, proclaiming, and acknowledging one's autochthonous American heritage and political Status by:

(1) reaffirming the Constitutionally recognized government-to-government relationship with the aborigine American People.

(2) acknowledge and reaffirm the trust responsibility and obligation of the United States of America government and its several states, corporations, offices, agencies to American people for their preservation, protection, and enhancement, including but not limited to the provisions of health, education, social and economic assistance as they deem necessary, and including the duty to assist aborigine people in the exercise of their rights and governmental responsibility to provide for the social, economic, land, resources, etc., of their members and to preserve their lands, air, waters, life, cultural identity and heritage.

(3) Whereas the office of _Kimbreyan Gilbert_, hereby acknowledge, accept and will continue to honor and strengthen our government-to-government relationship, trust responsibility and obligation of this government, office, agency, or corporate entity of both public and private, upon oath or affirmation, pursuant to the constitution, and UNDRIP, ADRIP, Charter of the OAS, to aborigines of the Americans to ensure their rights are not violated as aforementioned in this original copy of **U'si-ch'ab's** dossier for time immemorial into perpetuity.

Autograph_____

Autograph of State, City, or local Official
(State Seal)

AAA Document Number: U0914-C35892

For inquiries, please call (708) 897-5097

Kimbreyan Gilbert
NOTARY PUBLIC
STATE OF WISCONSIN

06/08/2024

 Outlook

---

## RE: TSA Customer Service Response: SR: 06512730 - Request for Information

---

From U'SI CH-AB <Futuregentleman_2012@hotmail.com>

Date Mon 5/27/2024 1:12 PM

To  tsa-contactcenter@j-c5kmh4vyerb38cgipsp5fowfa0cp3bw3vltx4qg993bsxpcrd.t-4x9leau.na21.case.salesforce.com <tsa-contactcenter@j-c5kmh4vyerb38cgipsp5fowfa0cp3bw3vltx4qg993bsxpcrd.t-4x9leau.na21.case.salesforce.com>

📎 1 attachment (4 MB)
20240527_125032.jpg;

In Lake'ch ala k'in, the light within me honors the light within you!

Thank you so much for providing me with all of that information regarding acceptable identification for "Excluding Indians Not Taxed, when we are flying airborne within the America's.

Attached to this email is a picture of my Notarized I.D. with the day I was first brought onto this earth, geographical location (i.e. address), color of my eyes and hair, etc.

My question is will the TSA's accept this type of photo ID issued by the Grand Ynga and Ynga Chief of the Iroquois Confederacy of Aborigine American Peoples?

Sent from my T-Mobile 5G Device

-------- Original message --------
From: TSA Contact Center <tsa-contactcenter@tsa.dhs.gov>
Date: 5/27/24 11:22 AM (GMT-06:00)          J:2
To: futuregentleman_2012@hotmail.com
Subject: TSA Customer Service Response: SR: 06512730 - Request for Information

Hello,

Thank you for contacting the Transportation Security Administration (TSA) Contact Center. The Service Request Number for your inquiry is 06512730.

<u>Important Travel Update</u>:
On May 7, 2025, travelers must present a REAL ID or other acceptable ID to board domestic flights. Try out our interactive tool at <u>tsa.gov/real-id</u> to see if you are REAL ID ready. If you do not have a REAL ID, you may review a list of other forms of acceptable identification.

**The response to your inquiry is listed below.**

## Identification Requirements

### Identification (ID) Requirements

You must present a Government-issued photo identification (ID) to TSA Officers before entering the security checkpoint.

Acceptable IDs include:

- Driver's licenses or other state photo identity cards issued by Department of Motor Vehicles (or equivalent)
  - Beginning May 7, 2025, if you plan to use your state-issued ID or license to fly within the U.S., make sure it is REAL ID compliant. If you are not sure if your ID complies with REAL ID, check with your state department of motor vehicles.
- U.S. passport
- U.S. passport card
- DHS trusted traveler cards (Global Entry, NEXUS, SENTRI, FAST)
- U.S. Department of Defense ID, including IDs issued to dependents
- Permanent resident card
- Border crossing card
- State-issued Enhanced Driver's License
- Federally recognized, tribal-issued photo ID
- HSPD-12 PIV card
- Foreign government-issued passport
- Canadian provincial driver's license or Indian and Northern Affairs Canada card
- Transportation worker identification credential
- U.S. Citizenship and Immigration Services Employment Authorization Card (I-766)
- U.S. Merchant Mariner Credential
- Veteran Health Identification Card (VHIC) ID

## ID Issues - Lost, Not Matching, Etc

### Secondary Forms of ID

We understand that occasionally you may arrive at the airport without proper identification (ID). In this case, you may be asked to present at least two other forms of ID with your name and other identifying information such as photo, address, phone number, social security number, or date of birth. You may present documents such as the following:

- Temporary paper IDs
- Expired IDs
- Credit cards
- Social security cards
- Birth certificates
- Marriage certificates
- Bank statements or bills

There is no standard list of what secondary forms of IDs are acceptable—please bring what you have available.

If we are able to confirm your identity, you will be cleared to enter the screening checkpoint; however, you will undergo additional screening, to include a patdown and screening of other carry-on property. We recommend arriving at least 2 hours in advance of your flight time.

If we are unable to confirm your identity, or if you refuse to provide ID or cooperate in the ID verification process, you will be denied entry into the security checkpoint.

Beginning May 7, 2025, if you plan to use your state-issued ID or license to fly within the U.S., make sure it is REAL ID compliant. If you are not sure if your ID complies with REAL ID, check with your state department of motor vehicles. To learn more, please visit https://www.dhs.gov/real-id

For more information and a list of frequently asked questions on REAL ID, please visit www.tsa.gov/real-id.

If you have additional questions, please respond to this email.

Thank You,
TSA Contact Center

 **Outlook**

---

**Re: TSA Customer Service Response: SR: 06570976 – Webform submission from: Complaint**

---

**From** Apayala Ubahhianu <apayalau1919@gmail.com>

**Date** Tue 7/2/2024 9:09 PM

**To** futuregentleman_2012@hotmail.com <futuregentleman_2012@hotmail.com>

**Cc** tsa-contactcenter@j-c5kmh4vyerb38cgipsp5fowfa0cp3bw3vltx4qg993bsxpcrd.t-4x9leau.na21.case.salesforce.com <tsa-contactcenter@j-c5kmh4vyerb38cgipsp5fowfa0cp3bw3vltx4qg993bsxpcrd.t-4x9leau.na21.case.salesforce.com>; americanaborigine1@gmail.com <americanaborigine1@gmail.com>; Qtpie.photos@gmail.com <Qtpie.photos@gmail.com>; Felixjareilhill@gmail.com <Felixjareilhill@gmail.com>; ixpomajicaap@gmail.com <ixpomajicaap@gmail.com>

Great work..

On Tue, Jul 2, 2024, 10:00 PM U'SI CH-AB <futuregentleman_2012@hotmail.com> wrote:

<u>Questions of Law for the Agents within the Transportation Security Administration</u>

Will the Agents who work for the Transportation Security Administration (TSA) Honor your Oath to Support and Defend **Exhibit A:** Article I. Section 2. Clause 3 of United States Constitution "<u>Excluding Indians Not Taxed</u>" and **Exhibit B:** Constitutional Amendment XIV. § 2 "<u>Excluding Indians Not Taxed</u>?"

Will the Agents who work for the TSA Honor and Respect me and my People's Treaty Rights and Liberties within **Exhibit C:** Section 14., Article 3. of the Northwest Ordinance Treaty of 1787, which states that "<u>the utmost good faith shall always be observed towards the Indians</u>; their lands and property shall never be taken from them without their consent; <u>and, in their</u> property, <u>rights, and liberty, they shall never be</u> invaded or <u>disturbed,</u> unless in just and lawful wars authorized by Congress; but laws founded in justice and humanity, shall from time to time be made for preventing wrongs being done to them, and for preserving peace and friendship with them?"

Will the Agents who work for the TSA Honor and Respect **Exhibit D:** 100th CONGRESS 2D SESSION: H. CON. RES. 331 (HOUSE CONGRESS RESOLUTION) which clearly establishes the <u>Government-to-Government</u> relationship with Congress: the United States, as being a "special relationship" and whereas the Treaties and Bodies of Law clearly defines the jurisdictions and outlines the Trust Responsibility and obligation of the United States and its Entities (TSA), and Agents (Rodger

Stokely) to Indians (me and my People) and Indian tribes (Iroquois Confederacy of Aborigine American People (I.C.A.A.P.))?

Will the Agents who work for the TSA Honor and Respect **Exhibit E**: Article VI. to the U.S. Constitution @ ¶2 which states that "[t]his Constitution, and the laws of the United States which shall . be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land; and the judges in every state shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding?"

Do the Agents who work for the TSA know that there is a clear distinction between the Copper Colored Indians or the Indigenous Aborigine Americans or the Onkwehonwe (Original Beings of the America's) & The So-Called Modern-Day Native Americans or the Title 25 Indians or the Asiatiska folk?.

If the TSA has a list for Federally Recognized Native American tribes who present proper Identification upon the screening checkpoints, should there also be a list for "Excluding Indians Not Taxed" who present proper Self-Identification cards upon the same screening checkpoints?

### Maxim of Laws in Support of Questions Presented

"[Within the Constitution, Excluding] Indians not taxed" [is] considered [to be] separate [from the United States], [and "Excluding Indians not taxed" is] a [special] status still widely asserted [throughout North America] and [widely] defended. See. *S. Con. Res. 76: Concurrent Resolution* @ pg. 60.

"Indians not taxed [are] excluded because they [are] not regarded as a portion of the population of the United States. They are [only] subject to the tribes to which they belong, and those tribes are always spoken of in the Constitution as if they [are] independent nations, to some extent, existing in our midst but not constituting a part of our population, and with whom we make treaties." Quoting from "Mr. Doolittle, speaking in the Senate debate on the Civil Rights Act of 1866, recorded in the Congressional Globe, 39th Cong., 1st Sess., on February 1st, 1866, 569–75."

"The [U.S] supreme court has consistently held that Indian treaties have the same force and effect as treaties with foreign nations, and consequently are the supreme law of the land and are binding upon state courts and state legislatures notwithstanding state laws to the contrary. *Cherokee Nation v. Georgia, 5 Pet. (U.S.) 1, 8 L. Ed. 25; Worcester v. Georgia, 6 Pet. (U.S.) 515, 8 L. Ed. 483; Blue*

*Jacket v. Johnson County Commissioners (Kansas Indians), 5 Wall. (U.S.) 737, 18 L. Ed. 667; Holden v. Joy, 17 Wall. (U.S.) 211, 21 L. Ed. 523; United States v. New York Indians, 173 U.S. 464, 43 L. Ed. 769, 19 S. Ct. 487; Jones v. Meehan, 175 U.S. 1, 44 L. Ed. 49, 20 S. Ct. 1; Choctaw Nation v. United \*517 States, 179 U.S. 494, 45 L. Ed. 291, 21 S. Ct. 149; United States v. Winans, 198 U.S. 371, 49 L. Ed. 1089, 25 S. Ct. 662*. See, also, 4 *A.L.R. 1380, 134 A.L.R. 882-888, 11 Am. Jur. 650, § 43, 27 Am. Jur. 548, § 10.*" Quoting from, *State v. Satiacum, 50 Wn.2d 513, 314 P.2d 400 (1957).*

To acknowledge the contribution of the Iroquois Confederacy of Nations to the developement of the United States Constitution and reaffirm the continuing government-to-government relationship between Indian tribes and the United States established in [Article 1. Section 2. Clause 3. "Excluding Indians Not Taxed" of] the Constitution. Quoting 100th CONGRESS 2D SESSION: H. CON. RES. 331 (HOUSE CONGRESS RESOLUTION).

INDIAN TRIBE. A separate and distinct community or body of the aboriginal Indian race of men [women and children] found in the United States. A Law Dictionary Adapted To The Constitution And Laws Of The United States Of America And Of The Several States Of The American Union by John Bouvier Revised Sixth Edition, 1856"

INDIANS. The aborigines of this country are so called. A Law Dictionary Adapted To The Constitution And Laws Of The United States Of America And Of The Several States Of The American Union by John Bouvier Revised Sixth Edition, 1856"

The so-called Modern-Day Native Americans that most people have learned and grown to picture in their minds when discussing these clear distinctions are "domestic dependent nations. They occupy a territory to which [the United States] assert[s] a title independent of their will....... meanwhile, they are in a state of pupilage. Their relations to the United States resemble that of a ward to his guardian. They look to [your] [government] for protection, rely upon its power, appeal to it for relief to their wants, and address the President as their Great Father." "Cherokee Nation v. Georgia, 30 U.S. 1, 30 U.S. 2 (1831)."

Indians. — Indians not taxed are not to be enumerated. The families of Indians who have renounced tribal rule, and who under State or Territorial laws exercise the rights of [U.S.] citizens, are

to be enumerated. In all such cases write "Ind." opposite their names, in column 6, under heading "Color." Quoting from the Eighth Census (1860) — Instructions to U.S. Marshals and Assistants @ 5.

1. The American Declaration on the Rights of Indigenous Peoples (ADRIP) applies to the indigenous peoples of the Americas.

2. Self-identification as indigenous peoples will be a fundamental criterion for determining to whom this Declaration applies. States shall respect the right to such self-identification as indigenous, whether individually or collectively, in keeping with the practices and institutions of each indigenous people. Quoting the ADRIP - Section One: Indigenous peoples. Scope of application. Article I. @ 1.-2.

1. [Me and my] people have the right to maintain, express, and freely develop [our] cultural identity in all respects, free from any external attempt at assimilation.

2. States shall not carry out, adopt, support, or favor any policy of assimilation of [me and my] people or of destruction of [our] cultures. Quoting the ADRIP - Section Two: [Our] rights and collective rights. Article X. Rejection of assimilation @ 1.-2.

[Me and my] people have the right not to be the object of any form of genocide or attempts to exterminate [us]. Quoting the ADRIP - Section Two: [Our] rights and collective rights. Article XI. Protection against genocide.

[Me and my] people have the right not to be the object of racism, racial discrimination, xenophobia, or related intolerance. States shall adopt the preventive and corrective measures necessary for the full and effective protection of that right. Quoting the ADRIP - Section Two: [Our] rights and collective rights. Article XII. Guarantees against racism, racial discrimination, xenophobia, and related intolerance.

1. [Me and my] people have the right not to be subjected to forced assimilation or destruction of [our] culture.

2. States shall provide effective mechanisms for prevention of, and redress for:

(a) Any action which has the aim or effect of depriving them of their integrity as distinct peoples, or of their cultural values or ethnic identities;

(c) Any form of forced population transfer which has the aim or effect of violating or undermining any of their rights;

(d) Any form of forced assimilation or integration;

(e) Any form of propaganda designed to promote..... ethnic discrimination directed against them. Quoting the United Nations Declarations on the Rights of Indigenous People (UNDRIP) Article 8 @ 1.-2: (a)(c)-(e).

All are equal before the law and are entitled without any discrimination to equal protection of the law. All are entitled to equal protection against any discrimination in violation of this Declaration and against any incitement to such discrimination. Quoting Article 7 of the Universal Declaration of Humans Rights.

Everyone has the right to an effective remedy by the competent national tribunals for acts violating the fundamental rights granted him by the constitution or by law. Quoting Article 8 of the Universal Declaration of Humans Rights.

(1) Everyone has the right to freedom of movement...... within the borders of each State. Quoting Article 13 of the Universal Declaration of Humans Rights.

**Note:** My Right to file a Federal Tort Claim (FTCA) against TSA Manager: RODGER STOKLEY shall be Reserved (See. The Department of Justice **STANDARD FORM 95)** until this matter is Lawfully resolved or until efforts has been established to form a government-to-government relationship with the Ynga's and the Chief's within the Iroquois Confederacy of Aborigine American People and the Agents within the Transportation Security Administration across the Western Hemisphere. Me and my People Rights within the ADRIP and the UNDRIP that was not mentioned in this email shall be Reserved. Any Evidence of Historical Truth, Matter of Facts, and Matter of Laws within the U.S. Constitution, any Treaties, and any Constitutional Laws shall be Reserved to me and my People. Any State or United States Supreme Court Decisions that were not addressed in this email shall also be Reserved to us.

In Honor & Respect,

U'si Ch - ab

Sent from Outlook

---

From: TSA Contact Center <tsa-contactcenter@tsa.dhs.gov>
Sent: Friday, June 28, 2024 5:59 PM
To: futuregentleman_2012@hotmail.com <futuregentleman_2012@hotmail.com>
Subject: TSA Customer Service Response: SR: 06570976 - Webform submission from: Complaint

Hello,

Thank you for contacting the Transportation Security Administration (TSA) Contact Center. The Service Request Number for your inquiry is 06570976.

Important Travel Update:
On May 7, 2025, travelers must present a REAL ID or other acceptable ID to board domestic flights. Try out our interactive tool at tsa.gov/real-id to see if you are REAL ID ready. If you do not have a REAL ID, you may review a list of other forms of acceptable identification.

**The response to your inquiry is listed below.**

General Complaints

**Complaint Received**
We've received your complaint and it is under review. Our goal is to respond within 5 business days, though more complex complaints may take longer.

If you have additional questions, please respond to this email.

Thank You,
TSA Contact Center

*Exhibit J: 4*

 Outlook

---

**TSA Customer Service Response: SR: 06570976 – Webform submission from: Complaint**

---

**From** TSA Contact Center <tsa-contactcenter@tsa.dhs.gov>
**Date** Wed 7/24/2024 10:23 AM
**To** futuregentleman_2012@hotmail.com <futuregentleman_2012@hotmail.com>

Hello,

Thank you for contacting the Transportation Security Administration (TSA) Contact Center. The Service Request Number for your inquiry is 06570976.

Important Travel Update:
On May 7, 2025, travelers must present a REAL ID or other acceptable ID to board domestic flights. Try out our interactive tool at tsa.gov/real-id to see if you are REAL ID ready. If you do not have a REAL ID, you may review a list of other forms of acceptable identification.

**The response to your inquiry is listed below.**

---

Civil Rights Complaint

**Civil Rights Complaint Reviewed – Referred to CSM**
The Disability and Multicultural Branch reviewed your complaint and determined the local airport TSA would be better suited to address the concerns you raised. Your complaint has been forwarded to the Customer Service Manager at the appropriate airport.

---

If you have additional questions, please respond to this email.

Thank You,
TSA Contact Center

Exhibit K

## <u>Witness Letter from Son</u>

DaShawn A. Carroll

C / O Near 1208 Carr Place

OSHKOSH, WISCONSIN or Meskwa

Zip – Code Exempt DMM

**602 1:3 e (2) / Near [54901]** (Northwest Territory of N. America)

March 10th, 2025, Gregorian Calendar

To Whom It May Concern,

I, DaShawn A. Carroll, am writing to document the events I observed on June 27th, 2024, at the Milwaukee Airport TSA checkpoint, where I traveled with my father and Grandmother. The TSA staff, including Rodger Stokely, unjustly refused to accept my father's Indigenous Aborigine American self-identification card.

Their inaction in employing TSA's guidelines for questioned identification resulted in significant stress and embarrassment. I confirm that this statement is accurate and to the best of my recollection, capturing both the procedural failings and emotional impact experienced by my lineage.

Sincerely,

Exhibit K

## **Witness Letter from Mother**

Paulette I. Brown

C / O Near 1208 Carr Place

OSHKOSH, WISCONSIN or Meskwa

Zip – Code Exempt DMM

602 1:3 e (2) / Near [54901] (Northwest Territory of N. America)

March 10th, 2025, Gregorian Calendar

To Whom It May Concern,

I, Paulette Inez Brown, am providing this statement as a witness to the events on June 27th, 2024, involving my son, U'si Ch – ab at the Milwaukee Airport TSA checkpoint.

On that day, I accompanied U'si Ch – ab and witnessed TSA employees, including manager Rodger Stokely, refusing to acknowledge my son's Indigenous Aborigine American self-identification card.

The failure of TSA manager Rodger Stokely to adhere to any procedures for identity verification resulted in U'si Ch – ab's unjust denial of boarding. This negligence caused emotional distress for our lineage, as U'si Ch -ab's was denied his lawful right to travel. I affirm that this account is true and accurate to the best of my knowledge.

Sincerely,

# A LAW DICTIONARY

## ADAPTED TO THE CONSTITUTION AND LAWS OF THE UNITED STATES OF AMERICA AND OF THE SEVERAL STATES OF THE AMERICAN UNION

## by John Bouvier

### Revised Sixth Edition, 1856

**Select the first letter of the word you want to look up. There are no entries for X or Z.**

### HTML Version

A B C D E F G H I J K L M
N O P Q R S T U V W X Y Z

### Text Version

A B C D E F G H I J K L M
N O P Q R S T U V W X Y Z

Home | Constitution Society

Case 2:26-cv-01195-JPS    Filed 07/08/26    Page 40 of 98    Document 1-4

hundred bushels of wheat, without stating what wheat. 1 Bouv. Inst. n. 950.

**INDIAN TRIBE.** A separate and distinct community or body of the aboriginal Indian race of men found in the United States.

2. Such a tribe, situated within the boundaries of a state, and exercising the powers of government and, sovereignty, under the national government, is deemed politically a state; that is, a distinct political society, capable of self-government; but it is not deemed a foreign state, in the sense of the constitution. It is rather a domestic dependent nation. Such a tribe may properly be deemed in a state of pupilage and its relation to the United States resembles that of a ward to a guardian. 5 Pet. R. 1, 16, 17; 20 John. R. 193; 3 Kent, Com. 308 to 318; Story on Const. 1096; 4 How. U. S. 567; 1 McLean, 254; 6 Hill, 546; 8 Ala. R. 48.

**INDIANS.** The aborigines of this country are so called.

2. In general, Indians have no political rights in the United States; they cannot vote at the general elections for officers, nor hold office. In New York they are considered as citizens and not as aliens, owing allegiance to the government and entitled to its protection. 20 John. 188, 633. But it was ruled that the Cherokee nation in Georgia was a distinct community. 6 Pet. 515. See 8 Cowen, 189; 9 Wheat. 673; 14 John. 181, 332 18 John. 506.

**INDIANA.** The name of one of the new states of the United States. This state was admitted into the Union by virtue of the "Resolution for admitting the state of Indiana into the Union," approved December 11, 1816, in the following words: Whereas, in pursuance of an act of congress, passed on the nineteenth day of April, one thousand eight hundred and sixteen, entitled "An act to enable the people of the Indiana territory to from a constitution and state government, and for the admission of that state into the Union," the people of the said territory did, on the twenty-ninth day of June, in the present year, by a convention called for that purpose, form for themselves a constitution and state government, which constitution and state government, so formed, is republican, and in conformity with the principles of the articles of compact between the original states and the people and states in the territory north-west of the river Ohio, passed on the thirteenth day of July, one thousand seven hundred and eighty-seven.

2. Resolved, That the state of Indiana shall be one, and is hereby declared to be one of the United States of America, and admitted into the Union on an equal footing with the original states, in all respects whatever.

3. The first constitution of the state was adopted in the -year eighteen hundred and sixteen, and has since been superseded by the present constitution, which was adopted in the year eighteen hundred and fifty-one. The powers of the government are divided into three distinct departments, and each of them is confided to a separate body of magistracy, to wit: those which are legislative, to one; those which are executive, including the administrative, to another; and those which are judicial to a third. Art. III.

Exhibit L:2     1 of 3

# BLACK'S
# LAW DICTIONARY

Definitions of the Terms and Phrases of
American and English Jurisprudence,
Ancient and Modern

By

## HENRY CAMPBELL BLACK, M. A.

Author of Treatises on Judgments, Tax Titles, Intoxicating Liquors,
Bankruptcy, Mortgages, Constitutional Law, Interpretation
of Laws, Rescission and Cancellation of Contracts, Etc.

## REVISED FOURTH EDITION

BY

## THE PUBLISHER'S EDITORIAL STAFF

ST. PAUL, MINN.
WEST PUBLISHING CO.
1968

DETECTION

words are construed as equivalents, each meaning the effect of superior force operating directly on the vessel. Schmidt v. Insurance Co., 1 Johns., N.Y., 262, 3 Am.Dec. 319.

DETECTION. A discovery or laying open of that which was hidden; investigation. Meunier v. Bernich, La.App., 170 So. 567, 572.

DETECTIVE. One whose business it is to watch, and furnish information concerning, alleged wrongdoers by investigating their haunts and habits. One whose business it is to detect criminals or discover matters of secret and pernicious import for the protection of the public. Smith v. S. H. Kress & Co., 210 Ala. 436, 98 So. 378, 380.

### Private Detective

One engaged by individuals for private protection. Smith v. S. H. Kress & Co., 210 Ala. 436, 98 So. 378, 380.

DETECTOR. Any device, or piece of apparatus, which, when energized, actuated, or acted upon by or by means of the so-called Hertzian waves, enable men, through the senses of hearing or sight, to understand signals based upon the intentionally regulated emission or propagation of the waves aforesaid. Marconi Wireless Telegraph Co. of America v. De Forest Radio Telephone & Telegraph Co., C.C.A.N.Y., 243 F. 560, 561. In wireless telegraphy, the "detector" or "coherer" and "wave responsive device" is a device by which the electromagnetic waves cause the indicator to respond. National Electric Signaling Co. v. Telefunken Wireless Telegraph Co. of United States, C.C.A.N.Y., 221 F. 629, 631.

DETENTIO. In the civil law. That condition of fact under which one can exercise his power over a corporeal thing at his pleasure, to the exclusion of all others. It forms the substance of possession in all its varieties. Mackeld. Rom. Law, § 238.

DETENTION. The act of keeping back or withholding, either accidentally or by design, a person or thing. State v. Crappel, 181 La. 715, 160 So. 309. See Detainer.

DETENTION IN A REFORMATORY, as a punishment or measure of prevention, is where a juvenile offender is sentenced to be sent to a reformatory school, to be there detained for a certain period of time. 1 Russ. Crimes, 82.

DETER. To discourage or stop by fear, to stop or prevent from acting or proceeding by danger, difficulty, or other consideration which disheartens or countervails the motive for the act. Haynesworth v. Hall Const. Co., 44 Ga.App. 807, 163 S.E. 273, 277.

DETERIORATION. Of a commodity, a constitutional hurt or impairment, involving some degeneration in the substance of the thing, such as that arising from decay, corrosion, or disintegration. The mere soiling of a commodity with sea water or other foreign substance, resulting in a purely superficial hurt or impairment removable by the simple process of cleansing, cannot be said to be "deterioration" within the ordinary meaning of that term. Rosen-Reichardt Brokerage Co. v. London Assur. Corporation, 214 Mo.App. 672, 264 S.W. 433, 436.

Of values, a decline. Laxson v. Scarborough, Tex.Civ.App., 221 S.W. 1029.

DETERMINABLE. Liable to come to an end upon the happening of a certain contingency. 2 Bl. Comm. 121.

Susceptible of being determined, found out, definitely decided upon, or settled. Utah State Nat. Bank v. Smith, 180 Cal. 1, 179 P. 160, 161.

As to determinable "Fee" and "Freehold," see those titles.

DETERMINATE. That which is ascertained; what is particularly designated.

As used in Good Time Law covering prisoners confined for a determinate, the term, signifies a definite number-of years fixed by the court. Hinkle v. Dowd, Ind., 58 N.E. 2d 342, 343.

DETERMINATE OBLIGATION. See Obligation.

DETERMINATION. The decision of a court of justice. It implies an ending or finality, the ending of a controversy or suit. People v. Jackson, 181 N.Y.S. 226, 191 App.Div. 269. The ending or expiration of an estate or interest in property, or of a right, power, or authority. The coming to an end in any way whatever. Hanchett Bond Co. v. Glore, 208 Mo.App. 169, 232 S.W. 159, 160.

Also, an estimate. Unton v. Liverpool, London & Globe Ins. Co., 166 Minn. 273, 207 N.W. 625, 626.

As respects an assessment, the term implies judgment and decision after weighing the facts; Appeal of Hoskins Mfg. Co., 270 Mich. 592, 259 N.W. 334, not mere arithmetical computation. Hanlon v. Rollins, 286 Mass. 404, 190 N.E. 606, 608.

DETERMINATION OF WILL. A phrase used of the putting an end to an estate at will. 2 Bl. Comm. 146.

DETERMINE. To come to an end. To bring to an end. 2 Bl.Comm. 121; 1 Washb. Real Prop. 380.

To bring to a conclusion, to settle by authoritative sentence, to decide. Eastman Kodak Co. v. Richards,, 123 Misc. 83, 204 N.Y.S. 246, 248. To adjudicate on an issue presented. Glenn v. Mitchell, 71 Colo. 394, 207 P. 84, 85.

To estimate. Twin Falls Salmon River Land & Water Co. v. Caldwell, C.C.A.Idaho, 242 F. 177, 184.

To decide, and analogous to "adopt" or "accept." Goldberger v. City of Perth Amboy, 16 N. J.Misc. 84, 197 A. 267, 269.

DETESTATIO. Lat. In the civil law. A summoning made, or notice given, in the presence of witnesses, (denuntiatio facts cum testatione.) Dig. 50, 16, 40.

536

DESTITUTE. Not possessing the necessaries of life and in a condition of extreme want. Moorman v. State, 129 Miss. 864, 93 So. 368. Necessitous. Ex parte Strong, 95 Tex.Cr.R. 250, 252 S.W. 767, 769. Having no money or other property available for one's maintenance or support. Norridgewock v. Solon, 49 Me. 385; Woods v. Perkins, 43 La.Ann. 347, 9 So. 48.

DESTITUTE OR NECESSITOUS CIRCUMSTANCES. Circumstances in which one needs the necessaries of life, which cover not only primitive physical needs, things absolutely indispensable to human existence and decency, but those things, also, which are in fact necessary to the particular person left without support. State v. Waller, 90 Kan. 829, 136 P. 215, 217, 49 L.R.A.,N.S., 588.

A wife may be In "destitute or necessitous circumstances" though she is being given shelter and food by a child or by sympathizing relatives, friends, or strangers, if she does not have property or money available for such necessities or ordinary comforts of life as her husband can reasonably furnish. State v. Sharp, 111 A. 909, 910, 1 W.W. Harr., Del., 148; Brandel v. State, 161 Wis. 532, 154 N.W. 997.

Young children, without property, are in "destitute or necessitous circumstances," within the. Delaware Nonsupport Act (Rev.Code 1915, §§ 3033-3046), when the father can, but does not, and the mother cannot out of her independent means, provide for them, though the mother and children are supported by the maternal grandmother or grandfather. State v. Nelson, 114 A. 863, 864, 1 W.W. Harr. (Del.) 436; Donaghy v. State, 100 A. 696, 710, 6 Boyce (Del.) 467.

DESTROY. As used in policies of insurance, leases, and in maritime law, and under various statutes, this term is often applied to an act which renders the subject useless for its intended purpose, though it does not literally demolish or annihilate it. Davis v. Parker, 200 Ky. 847, 255 S.W. 836 (leased buildings) ; Louisville & N. R. Co. v. Commonwealth, 190 Ky. 78, 226 S.W. 113, 117 (railroad station) ; George v. McManus, 27 Cal.App. 414, 150 P. 73, 74 (automobile).

To "destroy" a vessel within the meaning of an act of congress means to unfit the vessel for service, beyond the hope of recovery by ordinary means. U. S. v. Johns, 1 Wash.C.C. 363, Fed.Cas.No.15,481; U. S. v. Johns, 4 Dall. 412, 1 L. Ed. 888.

The contents of a glass and bottle, emptied into a pail of water immediately when accused saw two uniformed police officers enter his building, are "destroyed" within the meaning of a statute making it unlawful to secrete or destroy any fluids on premises being searched for the purpose of preventing seizure. Pitkunas v. State, 183 Wis. 90, 197 N.W. 191, 192.

Land covered by spoil dirt from drainage channel is destroyed within constitutional provision that land destroyed for drainage purposes shall be paid for at a price not to exceed assessed value for preceding year. Scott v. Red River-Bayou Pierre Levee & Drainage Dist. of Louisiana, La.App., 7 So.2d 429, 433.

In relation to wills, contracts, and other documents, the term "destroy" does not import the annihilation of the instrument or its resolution into other forms of matter, but a destruction of its legal efficacy, which may be by cancellation, obliterating, tearing into fragments, etc. In re Kapp's Estate, 317 Pa. 253, 176 A. 501, 502.

DESTRUCTION. A term used in old English law, generally in connection with *waste*, and having,

according to some, the same meaning. 1 Reeve, Eng. Law, 385; 3 Bl.Comm. 223. Britton, how ever, makes a distinction between waste of woods and destruction of houses. Britt. c. 66.

DESUBITO. To weary a person with continual barkings, and then to bite; spoken of dogs. Leg Alured, 26, cited in Cunningham's Dict.

DESUETUDE. Disuse; cessation, or discontinuance of use;—especially in the phrase, "to fall into desuetude." Applied to obsolete statutes. James v. Comm., 12 Serg. & R. (Pa.) 227.

DETACHIARE. To seize or take into custody another's goods or person by writ of attachment or course of law. Cunningham.

DETAIL, v. To enumerate minutely, particularize. In re California Land Buyers Syndicate, D.C. Cal., 22 F.Supp. 183, 186.

DETAIL, n. An individual part, an item, a particular. Board of Education of Prince George's County v. County Com'rs of Prince George's County, 131 Md. 658, 102 A. 1007, 1010.

One who belongs to the army, but is only detached, or set apart, for the time to some particular duty or service, and who is liable at any time to be recalled to his place in the ranks. In re Strawbridge, 39 Ala. 379.

DETAIN. To retain as the possession of personalty. First Nat. Bank v. Yocom, 96 Or. 438, 189 P. 220, 221. To arrest, to check, to delay, to hinder, to hold, or keep in custody, to retard, to re strain from proceeding, to stay, to stop. People v. Smith, 17 Cal.App.2d 468, 62 P.2d 436, 438.

DETAINER. The act (or the juridical fact) - of withholding from a person lawfully entitled the possession of land or goods, or the restraint of a man's personal liberty against his will; detention.

The wrongful keeping of a person's goods is called an "unlawful detainer" although the original taking may have been lawful. As, if one distrains another's cattle, *damage feasant*, and before they are impounded the owner tenders sufficient amends; now, though the original taking was lawful, the subsequent detention of them after tender of amends is not lawful, and the owner has an action of replevin to recover them, in which he will recover damages for the *detention*, and not for the *caption*, because the original taking was lawful. 3 Steph.Comm. 548.

### In Practice

A writ or instrument, issued or made by a competent officer, authorizing the keeper of a prison to keep in his custody a person therein named. A detainer may be lodged against one within the walls of a prison, on what account soever he is there. Com.Dig. "Process," E, (3 B.) This writ was superseded by 1 & 2 Vict. c. 110, §§ 1, 2.

### Forcible Detainer

See that title.

DETAINMENT. This term is used in policies of marine insurance, in the clause relating to "arrests, restraints, and detainments." The last two

535

# THE CONGRESSIONAL GLOBE.

## THIRTY-NINTH CONGRESS.
### FIRST SESSION.

#### IN SENATE.
##### MONDAY, December 4, 1865.

This being the day prescribed by the Constitution of the United States for the meeting of Congress, the Senate assembled in the Senate Chamber, in the Capitol, at the city of Washington.

The following Senators were present. From the State of

*Maine*—Hon. William Pitt Fessenden and Hon. Lot M. Morrill.

*New Hampshire*—Hon. Daniel Clark.

*Vermont*—Hon. Solomon Foot.

*Massachusetts*—Hon. Charles Sumner and Hon. Henry Wilson.

*Rhode Island*—Hon. Henry B. Anthony and Hon. William Sprague.

*Connecticut*—Hon. James Dixon and Hon. La Fayette S. Foster.

*New York*—Hon. Ira Harris and Hon. Edwin D. Morgan.

*New Jersey*—Hon. William Wright.

*Pennsylvania*—Hon. Charles R. Buckalew and Hon. Edgar Cowan.

*Delaware*—Hon. George Read Riddle and Hon. Willard Saulsbury.

*Maryland*—Hon. J. A. J. Creswell and Hon. Reverdy Johnson.

*Kentucky*—Hon. James Guthrie.

*Ohio*—Hon. John Sherman and Hon. Benjamin F. Wade.

*Indiana*—Hon. Henry S. Lane.

*Illinois*—Hon. Lyman Trumbull.

*Missouri*—Hon. B. Gratz Brown.

*Michigan*—Hon. Zachariah Chandler and Hon. Jacob M. Howard.

*Wisconsin*—Hon. James R. Doolittle and Hon. Timothy O. Howe.

*Iowa*—Hon. James W. Grimes.

*California*—Hon. John Conness and Hon. James A. McDougall.

*Minnesota*—Hon. Daniel S. Norton and Hon. Alexander Ramsey.

*Oregon*—Hon. James W. Nesmith and Hon. George H. Williams.

*Kansas*—Hon. Samuel C. Pomeroy.

*West Virginia*—Hon. Peter G. Van Winkle and Hon. Waitman T. Willey.

*Nevada*—Hon. James W. Nye and Hon. William M. Stewart.

The PRESIDENT *pro tempore* [Hon. LA FAYETTE S. FOSTER] at twelve o'clock called the Senate to order.

#### PRAYER.

Rev. EDGAR H. GRAY, the Chaplain to the Senate for the Thirty-Ninth Congress, offered the following prayer:

Glory be to Thy name, O God, that the Republic still lives, the nation survives, the country is safe! Glory be to Thy name that our heroic efforts have been crowned with victory, so that the desolations of war have ceased, and the ground no longer shakes beneath the tread of armies! Glory be to Thy name that we are permitted to recognize God in the dispensations of His providence and His grace in dealing with us! We praise Thee with thanksgiving that the statue of Freedom now looks down from our Capitol upon an entire nation of free men, and that we are permitted by the dispensations of Thy providence, and the way being prepared, to give liberty to the captive, the opening of the prison to them that are bound, and to proclaim the acceptable year of our God. O Lord, we bless Thee that Thy servants are permitted to convene in these halls of legislation under circumstances so auspicious to deliberate upon matters grave and important to the interests of the nation. Grant, we pray Thee, that all their deliberations and enactments may be such as to secure the divine approval, and insure the unanimous acquiescence of our people, and command the respect of the nations of the earth. O Lord, grant that the afflictive dispensations of Thy providence, and the public bereavements which the nation and the Senate have suffered since they last convened, may be preëminently sanctified to our good. And bless, we pray Thee, our President and the ministers of State associated with him in authority, and endue them richly with wisdom and strength adequate to their great responsibilities. And grant that the principles of our free and glorious Government may be established upon an everlasting basis, and come, Thou Ancient of days, and reign over us forever. Amen.

The PRESIDENT *pro tempore* took the chair.

#### CREDENTIALS.

Mr. FOOT. Mr. President, I present the credentials of Hon. LUKE P. POLAND, appointed by the Executive of the State of Vermont, to fill the vacancy which recently occurred in the representation from that State in this body. I move that the credentials be read, the prescribed oaths administered to Mr. POLAND by the Chair, and that he be admitted to his seat.

The credentials were read, and the oaths prescribed by law having been administered to Mr. POLAND, he took his seat in the Senate.

Mr. WRIGHT. Mr. President, I desire to present the credentials of Hon. JOHN P. STOCKTON, of New Jersey, elected a Senator by the Legislature of that State to serve for six years from the 4th of March last. I ask that the credentials be read.

The Secretary read the credentials.

Mr. WRIGHT. Mr. STOCKTON is present, and is ready to be qualified.

The PRESIDENT *pro tempore*. Mr. STOCKTON will be good enough to come forward and take the oaths prescribed by the Constitution and laws.

Mr. COWAN. Before the oaths are administered, I beg leave to present the protest of several members of the Legislature of New Jersey, protesting against the right of Mr. STOCKTON to take his seat here as a Senator. I do not desire to raise the question as to whether he may not be sworn, because I believe his credentials are *prima facie* sufficient for that purpose; but I desire that these papers may be laid before the Senate and referred to the Committee on the Judiciary when that committee shall be organized, in order that the prayer of the memorialists may be heard and such order taken upon it as the Senate in their wisdom may decree.

The PRESIDENT *pro tempore*. The protest will be received.

Mr. COWAN. I move that it lie on the table until the Committee on the Judiciary be organized.

The PRESIDENT *pro tempore*. The protest will be received and laid on the table. If no objection be made, Mr. STOCKTON will be good enough to come forward and take the oaths prescribed by the Constitution and laws.

The prescribed oaths were then administered to Mr. STOCKTON, and he took his seat in the Senate.

#### BILLS INTRODUCED.

Mr. WADE. Is it in order to introduce a bill?

The PRESIDENT *pro tempore*. It is in order if there be no objection. It requires a day's notice under the rules, but it can be received if there be no objection.

Mr. WADE. I ask leave to introduce a bill of which no notice has been given.

The PRESIDENT *pro tempore*. Is any objection made?

Mr. JOHNSON. What is the title of the bill?

The PRESIDENT *pro tempore*. The title of the bill will be read.

The Secretary read it as follows:

A bill (S. No. 1) to regulate the elective franchise in the District of Columbia.

Mr. McDOUGALL. I object.

Mr. WADE. Objection being made, I give notice that I shall introduce it to-morrow.

The PRESIDENT *pro tempore*. The Chair did not hear the objection.

Mr. McDOUGALL. Then I could not make myself audible. I want to know what the bill is.

The PRESIDENT *pro tempore*. Does the Senator from California object to the introduction of the bill?

Mr. McDOUGALL. I will not; I will look at it afterwards.

Mr. WADE. If there be no objection, I move that it lie on the table until the committees are appointed.

The PRESIDENT *pro tempore*. The bill having had its first reading, will lie on the table as a matter of course.

Mr. WADE. I move that the bill be printed. The motion was agreed to.

Case 2:26-cv-01195-JPS    Filed 07/08/26 :   Page 45 of 98    Document 1-4

Exhibit M

nor "color" in our history politically or civilly —not a bit of it. Is there any "color" or "race" in the Declaration of Independence, allow me to ask? "All men are created equal" excludes the idea of race or color or caste. There never was in the history of this country any other distinction than that of condition, and it was all founded on condition.

We have been told, Mr. President, that this question of race was clearly recognized and settled in a case that was before the Supreme Court some years ago—the Dred Scott case so called. I will read from that case. I read first from the syllabus of it: "A free negro of the African race, whose ancestors were brought to this country and sold as slaves, is not a 'citizen' within the meaning of the Constitution of the United States," not on account of his race or on account of his color, but on account of his condition. The point of the decision is that an African who was brought into this country and sold as a slave was not an American citizen. The Chief Justice in delivering the opinion of the court in that case, after quoting the language of the Declaration of Independence, "We hold these truths to be self-evident, that all men are created equal," &c., proceeds to say:

"The general words above quoted would seem to embrace the whole human family, and if they were used in a similar instrument at this day would be so understood. But it is too clear for dispute that the enslaved African race were not intended to be included."

Not the colored man, not the African as a race, but "the enslaved African race," he says, "were not intended to be included, and formed no part of the people who framed and adopted this Declaration." On what ground? Simply, I repeat, on the ground of their condition, because they were not in a condition to take part in the Government of the country. Further on the same idea is repeated in this language:

"No one of that race had ever migrated to the United States voluntarily; all of them had been brought here as articles of merchandise. The number that had been emancipated at that time were but few in comparison with those held in slavery; and they were identified in the public mind with the race to which they belonged, and regarded as a part of the slave population rather than the free."

Further on the same sentiment is repeated again:

"Indeed, when we look to the condition of this race in the several States at the time, it is impossible to believe that these rights and privileges were intended to be extended to them,"

Why? On account of their condition, not on account of their race.

Mr. President, although to repeat what I said in the beginning, I attach no importance to the declaration of this amendment as a matter of law, as a matter of enactment, giving legislative force or legislative sanction to this bill, I do hail it as the grandest declaration in all time as a legislative act, and I congratulate the chairman of the Committee on the Judiciary that it has fallen to his good fortune to be the instrument for the introduction of such a declaration.

The PRESIDING OFFICER, (Mr. DOOLITTLE in the chair.) The question is on agreeing to the amendment of the Senator from Illinois, upon which the yeas and nays have been ordered.

Mr. TRUMBULL. I ask for the reading of the amendment.

The Secretary read the amendment.

Mr. HENDERSON. The Senator from Minnesota and the Senator from California yesterday made some objections to regarding as citizens of the United States Indians who owed no allegiance whatever to their tribes, who were not connected with the tribes. I should like very much to hear the reason of the objection. The State, as I understand, can exclude them from the ballot-box just as well after we declare them to be citizens of the United States as it could before. The State will not be compelled thereby to admit them to the ballot-box. What objection can the Senators have to declaring Indians living in the country, although they may not be taxed, to be citizens of the United States?

Mr. RAMSEY. Our objection was based on the come by the modification of the amendment. The objection was addressed to the amendment as it then stood, but that amendment has now been modified.

Mr. HENDERSON. The Senator will understand me as objecting to the amendment as it now stands. An individual of the Caucasian race, whether he pays a tax in a State or not, is undoubtedly regarded as a citizen of the United States. Why make it obligatory upon the Indian, owing no allegiance to any tribal authority, to pay a tax before he can be regarded as a citizen of the United States? As the Senator from Indiana [Mr. HENDRICKS] very properly remarked, the United States citizenship in that case is dependent upon nothing except the possession of property upon which a tax is actually paid. I suppose that according to the rule adopted in the amendment, a State ought to be permitted to exclude any white man from taxation, and by so doing to deny him the rights of citizenship. Why not?

My point is that the Indian, if he is connected with no tribe, whether he is taxed or not, ought to be a citizen of the United States. What harm can there be in declaring that fact? What injury can it do? I ask the Senator from Minnesota. The State need not admit him to the franchise. He may be a citizen of the United States, and yet not have all the privileges and all the immunities of a citizen of the State in which he may be. The State may deny him any of them that it chooses to deny. But why not declare him a citizen of the United States? What harm can there be in that? It will enable him to sue in the courts of the United States to enforce his rights there, and I cannot see for my part what else it will do. As the Constitution now stands, of course the State cannot be injured in any of its reserved powers.

It can certainly do none of the States any harm to declare that the Indian himself, owing no allegiance to any tribe, and thereby not falling within the exception of the amendment as owing allegiance quasi to a foreign Power, (regarding the Indian tribes as foreign Powers,) separated from the tribe, shall be regarded as a citizen of the United States. I have heard no reason yet, and I desire to hear it if there be any. I am opposed to the amendment as it now stands, for the reason that it does make an exception. Now that we are fixing the law on the subject, why not declare every man born in the United States to be a citizen of the United States, irrespective of race or previous condition? Is there any objection to it?

You may declare him a citizen of the United States without doing any harm, as I before stated, and why not do it? Why not make the rule general? You propose to declare that all the negroes are citizens. I say that is perfectly right, though I do not deem it necessary so to declare by this amendment, because I think that is the case already. I do not choose, however, to enter into any argument on that point. I hold that every man born within the United States, and who has been liberated by the constitutional amendment, is a citizen of the United States. I shall not now go into an argument in regard to the powers of the States, to consider whether the States may not deny all the privileges and rights of State citizenship to the negro. I am speaking only of this privilege of each individual, as I hold, to be a citizen of the United States; and I can see no reason operating against the Indian. The negro of Georgia to-day, whether he pays a tax or not, is declared to be a citizen of the United States. Why not? He may pay no tax to the State of Georgia; but should that fact deprive him of the privilege of being a citizen of the United States? Was he not born here? Does he owe any allegiance to a foreign Power? Is he not bound to bear arms in defense of his country? Certainly he is. Cannot the State of California or Minnesota, where the Indian is living among the whites, owing no tribal allegiance, compel him to bear arms in defense of the State and the United States? Unquestionably so. Why not, then, make him a citizen of the United States?

Shall Georgia, or Florida, or Virginia, or any other State, have the power to say, ought it be allowed to say, "We will not tax the negroes, and thereby nullify the declaration of the United States Congress that they are citizens of the United States?" If the mere fact of paying a tax in the respective States shall confer citizenship, why not make that applicable to the negro as well as the Indian? Is there any reason for the discrimination? Why discriminate when laying down a great and broad principle? Why not make it general and universal? There is no reason in the world why it should not be so. We give these Indians in the States no rights that the States may choose to deny to them by simply declaring the universal fact. Let us make it universal.

The original proposition of the Senator from Illinois was correct. What do you mean by "Indians not taxed?" Do you mean not taxed by State authority, or not taxed by Federal authority? If one of these Indians in Minnesota owns property, whether the State taxes him or not, are you not going to tax him by Federal authority? If he executes an instrument there, must he not procure a revenue stamp and use it just as anybody else? If he has an income, does not the United States assessor assess the income of that Indian in Minnesota just exactly as he assesses the income of the white man? Why then not give him the rights of United States citizenship if he is not connected with a tribe and thereby quasi a foreigner owing allegiance to a quasi foreign Power? I do not understand that this discrimination can be rightfully or properly made, and therefore I am opposed to it unless I can hear some better reason given for it than I have heard heretofore. I do not see any good reason for it.

Mr. DOOLITTLE. I desire to say a single word on this subject by way of reply to my friend from Missouri. From time immemorial, indeed in the Constitution itself, this very distinction between Indians taxed and Indians not taxed has been a fundamental distinction. In the enumeration of the people of the United States who are made the basis of representation and taxation, Indians not taxed were expressly excluded.

Mr. HENDERSON. So were negroes excluded.

Mr. DOOLITTLE. Two fifths were excluded and three fifths were counted; but that referred undoubtedly to Africans in a state of slavery.

Mr. HENDERSON. I am talking about citizenship. Slaves were not then citizens at all; now they are.

Mr. DOOLITTLE. Indians not taxed were excluded because they were not regarded as a portion of the population of the United States. They are subject to the tribes to which they belong, and those tribes are always spoken of in the Constitution as if they were independent nations, to some extent, existing in our midst but not constituting a part of our population, and with whom we make treaties.

There is another reason why the Indians not taxed ought not to be included in this grant of citizenship. If you make them citizens, of course they will not only have the privileges of citizens, but they will be subjected to the duties of citizens. They will not only have the right to sue, but they will be liable to be sued. They will not only have the right to make contracts, but they will be bound by their contracts; and that is a policy which the Government has resisted from the beginning in its dealings with the Indians, except with those Indians who have become citizens and are liable to be taxed. Then they are regarded as citizens of the United States. Without going into the argument at length, I am decidedly of the opinion that if by declaring the Indians to be citizens you are going to bind them by their contracts and permit them to be sued as other citizens are in the courts of the United States, the Indians are not yet prepared for citizenship.

Another answer to my friend is, that so far as relates to the Indian population they can be provided for specially by other acts of Congress

Case 3:26-cv-01105-JR   Document 9-5   Filed 07/08/26   Page 46 of 98

Exhibit N

# IN THE SENATE OF THE UNITED STATES.

December 14, 1870.—Ordered to be printed.

Mr. Carpenter, from the Committee on the Judiciary, submitted the following

# REPORT.

*The Committee on the Judiciary, who were instructed by resolution of the Senate, of April 7, 1870, " to inquire into and report to the Senate the effect of the fourteenth amendment to the Constitution upon the Indian tribes of the country ; and whether by the provisions thereof the Indians are not citizens of the United States, and whether thereby the various treaties heretofore existing between the United States and the various Indian tribes are, or are not annulled," respectfully report :*

That in the opinion of your committee the fourteenth amendment to the Constitution has no effect whatever upon the status of the Indian tribes within the limits of the United States, and does not annul the treaties previously made between them and the United States. The provisions of the amendment material to this question are as follows :

All persons born or naturalized in the United States, *and subject to the jurisdiction thereof,* are citizens of the United States, and of the States wherein they reside.

Representation shall be apportioned among the several States, according to their respective numbers, counting the whole number of persons in each State, *excluding Indians, not taxed.*

The question is whether the Indians " are subject to the jurisdiction " of the United States, within the meaning of this amendment, and the answer can only be arrived at by determining the status of the Indian tribes at the time the amendment was adopted.

The European nations when first settling the American continent regarded discovery as the foundation of their relative rights ; that is, they claimed the sovereignty of the country, including the right to extinguish the aboriginal title by purchase or conquest, without interference from any other European nation, as a consequence of discovery ; but it was never pretended that discovery had any other effect as against the Indian nations inhabiting the country. Whatever may be thought of the Christianity of the Christians who established this principle, and in pursuance of it proceeded to exclude the Indians from the sovereign control of the country in which they were born, and which they and their ancestors had occupied and enjoyed, it is now too late to question its soundness, because in the condition of things which has grown up under its operation its renunciation would be productive of far more harm than good. The white man's treatment of the Indian is one of the great sins of civilization, for which no single generation or nation is wholly answerable, but which it is now too late to redress. Repentance is all that is left for us ; restitution is impossible. But the harsh treatment of the race by former generations should not be considered a precedent to justify the infliction of further wrongs.

AUTHENTICATED
U.S. GOVERNMENT
INFORMATION

Indian Affairs, that such further steps may be taken as shall be proper, in the opinion of the President, to obtain satisfaction for the injury; and in the meantime, in respect to the property so taken, stolen, or destroyed, the United States guarantee to the party so injured an eventual indemnification: *Provided*, That if such injured party, his representative, attorney, or agent shall in any way violate any of the provisions of this act, by seeking or attempting to obtain private satisfaction or revenge, he shall forfeit all claim upon the United States for such indemnification: *And provided also*, That unless such claim shall be presented within three years after the commission of the injury, such claim shall be barred. And if the nation or tribe to which such Indian may belong receive an annuity from the United States, such claim shall, at the next payment of the annuity, be deducted therefrom and paid to the party injured; and if no annuity is payable to such nation or tribe, then the amount of the claim shall be paid from the treasury of the United States: *Provided*, That nothing herein contained shall prevent the legal apprehension and punishment of any Indians having so offended.

## Section 25 of same chapter provides:

That so much of the laws of the United States as provides for the punishment of crimes committed within any place within the sole and exclusive jurisdiction of the United States shall be in force in the Indian country: *Provided*, That the same shall not extend to crimes committed by one Indian against the person or property of another Indian.

Chapter 83. Laws of 1839, was enacted to relieve the Brothertown Indians in the then Territory of Wisconsin, and provide for receiving them into citizenship. It provided for the division of a township of land among the members of the tribe, and that partition thereof should be made, and a map thereof be filed in the proper Department.

## Section 7 provides:

That the said report and map shall be filed with the secretary of said Territory, and in the clerk's office of said county, and shall also be transmitted to the President on or before the 1st day of January next; and after the same shall have been filed and transmitted to the President, as aforesaid, the said Brothertown Indians, and each and every of them, shall then be deemed to be, and from that time forth are hereby declared to be, citizens of the United States to all intents and purposes, and shall be entitled to all the rights, privileges, and immunities of such citizens, and shall in all respects be subject to the laws of the United States and of the Territory of Wisconsin, in the same manner as other citizens of said Territory; and the jurisdiction of the United States and of said Territory shall be extended over the said township or reservation now held by them in the same manner as over other parts of said Territory; and their rights as a tribe or nation, and their power of making or executing their own laws, usages, or customs as such tribe, shall cease and determine: *Provided, however*, That nothing in this act shall be so construed as to deprive them of the right to any annuity now due to them from the State of New York or the United States, but they shall be entitled to receive any such annuity in the same manner as though this act had not been passed.

From a perusal of these statutes it is manifest that Congress has never regarded the Indian tribes as subject to the municipal jurisdiction of the United States. On the contrary, they have uniformly been treated as nations, and in that character held responsible for the crimes and outrages committed by their members, even outside of their territorial limits. And inasmuch as the Constitution treats Indian tribes as belonging to the rank of nations capable of making treaties, it is evident that an act of Congress which should assume to treat the members of a tribe as subject to the municipal jurisdiction of the United States would be unconstitutional and void.

In the opinion of your committee, the Constitution and the treaties, acts of Congress, and judicial decisions above referred to, all speak the same language upon this subject, and all point to the conclusion that the Indians, in tribal condition, have never been subject to the jurisdiction of the United States in the sense in which the term *jurisdiction* is employed in the fourteenth amendment to the Constitution. The Government has asserted a political supremacy over the Indians, and the treaties and laws quoted from present these tribes as "domestic, dependent nations," separated from the States of the Union within whose limits they are located, and exempt from the operation of State laws;

S. Rep. 268——2

Case 2:26-cv-01195-JPS    Filed 07/08/26    Page 48 of 98    Document 1-4

# AMERICAN DECLARATION ON THE RIGHTS OF INDIGENOUS PEOPLES

ORGANIZATION OF AMERICAN STATES

# OAS

More rights for more people

## ▼ Article III.

Indigenous peoples have the right to self-determination. By virtue of that right, they freely determine their political status and freely pursue their economic, social, and cultural development.

## ▼ Article IV.

Nothing in this Declaration may be interpreted as implying for any State, people, group or person any right to engage in any activity or to perform any act contrary to the Charter of the Organization of American States or the Charter of the United Nations or construed as authorizing or encouraging any action which would dismember or impair, totally or in part, the territorial integrity or political unity of sovereign and independent states.

Case 2:26-cv-01195-JPS    Filed 07/08/26    Page 50 of 98    Document 1-4

# ▼ Article VIII.
## Right to belong to indigenous peoples

Indigenous individuals and communities have the right to belong to one or more indigenous peoples, in accordance with the identity, traditions, customs, and systems of belonging of each people. No discrimination of any kind may arise from the exercise of such a right.

# ▼ Article IX.
## Juridical personality

States shall recognize fully the juridical personality of indigenous peoples, respecting indigenous forms of organization and promoting the full exercise of the rights recognized in this Declaration.

# ▼ Article X.
## Rejection of assimilation

1.  Indigenous peoples have the right to maintain, express, and freely develop their cultural identity in all respects, free from any external attempt at assimilation.

Case 2:26-cv-01195-JPS    Filed 07/08/26    Page 51 of 98    Document 1-4

4. States, in consultation and cooperation with indigenous peoples, shall adopt effective measures to ensure the exercise and enforcement of these rights.

## ▼ Article XXI.
Right to autonomy or self-government

1. Indigenous peoples, in exercising their right to self-determination, have the right to autonomy or self-government in matters relating to their internal and local affairs, as well as ways and means for financing their autonomous functions.

2. Indigenous peoples have the right to maintain and develop their own decision-making institutions. They also have the right to participate in decision-making in matters which would affect their rights. They may do so directly or through their representatives, and in accordance with their own norms, procedures, and traditions. They also have the right to equal opportunities in accessing and participating fully and effectively as peoples in all national institutions and forums, including deliberative bodies.

○○● **24** ●○○

Case 2:26-cv-01195-JPS    Filed 07/08/26    Page 52 of 98    Document 1-4

# ▼ Article XXII.

## Indigenous law and jurisdiction

1. Indigenous peoples have the right to promote, develop and maintain their institutional structures and their distinctive customs, spirituality, traditions, procedures, practices and, in the cases where they exist, juridical systems or customs, in accordance with international human rights standards.

2. Indigenous law and legal systems shall be recognized and respected by national, regional and international legal systems.

3. Matters concerning indigenous individuals or their rights or interests in the jurisdiction of each State shall be conducted in such a way as to afford indigenous individuals the right to full representation with dignity and equality before the law. Consequently, they are entitled, without discrimination, to equal protection and benefit of the law, including the use of linguistic and cultural interpreters.

◦◦◦ **25** ◦◦◦

4. States shall take effective measures in conjunction with indigenous peoples to ensure the implementation of this article.

## ▼ Article XXIII.
Participation of indigenous peoples and contributions of indigenous legal and organizational systems

1. Indigenous peoples have the right to full and effective participation in decision-making, through representatives chosen by themselves in accordance with their own institutions, in matters which affect their rights, and which are related to the development and execution of laws, public policies, programs, plans, and actions related to indigenous matters.

2. States shall consult and cooperate in good faith with the indigenous peoples concerned, through their own representative institutions, in order to obtain their free, prior and informed consent before adopting and implementing legislative or administrative measures that may affect them.[3]

---

3 The State of Colombia breaks with consensus on Article XXIII, paragraph 2, of the American Declaration on the Rights of Indigenous Peoples, which deals with consultations for obtaining … (Continues on page 49).

Case 2:26-cv-01195-JPS    Filed 07/08/26    Page 54 of 98    Document 1-4

Exhibit 9:1     1 of 5     Original



U.S. Department of Homeland Security
**Transportation Security Administration**
Claims, Outreach, and Debt Branch
6595 Springfield Center Drive, TSA - 9
Springfield, Virginia 20598-6009

Dear Traveler:

The Transportation Security Administration (TSA) is responsible for the screening of passengers and their baggage at all commercial airports in the United States and its territories. If you have experienced a loss or damage to your property and you feel that this loss or damage occurred as a direct result of negligence by a TSA employee, you may file a claim with TSA. If you feel the loss or damage was due to the negligence of your air carrier, please file a claim directly with the air carrier. If filing with TSA, you must include proof of your loss or damage as well as evidence of TSA negligence.

In order to protect your rights ~~under~~ *through* Federal law and to file a valid claim, you must send your claim in writing to TSA, stating the circumstances of your loss and the exact amount you are claiming, within two (2) years of the incident. The claim must be sufficient in order to be accepted and examined by TSA. Please refer to the instruction sheet accompanying this letter for more information regarding sufficiency.

This letter is part of the TSA claims package that includes: (1) SF-95 Instructions, (2) SF-95 Claim Form, and (3) SF-95 Supplemental Information Form. Additional claim packages can be found online at: www.tsa.gov.

Please follow the instructions carefully and fill out the forms completely. While use of these forms is not mandatory, it will help ensure that you meet the legal requirements for filing a claim. To submit your claim:

Use standard or overnight mail to:
TSA Claims, Outreach, and Debt Branch
TSA Mail Stop 6009
6595 Springfield Center Drive
Springfield, VA 20598-6009
OR
Fax your forms and other information to: (571) 227-1904

Once TSA has been presented a sufficient claim, you will be sent a letter of acknowledgment and a control number. Please recognize that there is often up to a three-week delay for mail sent to Federal facilities due to screening requirements. The Federal Tort Claims Act (FTCA) governs the way your claim is processed and establishes your rights in regard to your claim. If your claim is denied or has not been resolved within six months of the date it was properly presented to TSA, you may file suit in an appropriate U.S. District Court. Additional information about pursuing an FTCA claim may be found in title 28 of the United States Code, sections 1346(b), 1402(b), 2401(b), 2671-2680 and title 28 of the Code of Federal Regulations, sections 14.1-14.11.

We are sorry you experienced difficulties while traveling and hope that this information proves helpful.

Regards,

TSA Claims, Outreach, and Debt Branch

Enclosures: 4

# Transportation Security Administration (TSA)
## Claims, Outreach, and Debt Branch
## Tort Claim Package

OMB number. 1652-0039
Expires 3/31/ 25

**You have downloaded the Tort Claim Package for TSA. If you have suffered property damage/loss or a personal injury AND you believe that a TSA employee's negligence caused the incident, please fill out this package in its entirety.**

This is a fillable PDF document. Please fill out the form using your computer keyboard or print out the form and write out the information by hand. Be sure to fill out all the fields completely and accurately.
**SIGN the forms and VXEP LMMHP either E\ FAX ( 0 $,/ RU0 $,/ them to TSA.**

INSTRUCTIONS FOR COMPLETING TSA CLAIMS PACKAGE:

**CLAIM SUFFICIENCY:** In order for a claim to be processed it must have these 5 items (called facial sufficiency)

1. The claim must be *SUM CERTAIN* - This means that an exact U.S. Dollar Amount must be entered in box 12d.
2. The claim must have a *SPECIFIC DATE* - This means there must be a specific date of the incident.
3. The claim must name a *SPECIFIC LOCATION* - This means that the incident should have a specific place that it happened.
4. It must have a *STATEMENT OF FACT* - In other words, be as detailed as possible. The more accurate and detailed the description, the faster an investigation and determination will be made. Be sure to remember names, places, and events. Avoid assumptions, they can actually hinder the investigation and may delay your claim.
5. A claim must have a *SIGNATURE* - Without a full legal signature (preferably in blue ink), even the most accurate and detailed claim is not sufficient.

**NINE USEFUL HINTS:**

To speed the process of your claim, the following should be included with your claim:

1. Purchase receipt of the ORIGINAL item lost or damaged. (If unavailable; credit card statements, bank statements, appraisals, etc.)
2. Boarding Passes, copies of Baggage Tags, and any other Air Carrier or TSA documents related to this trip
3. Repair Estimates (if unable to repair, a written statement from the repair shop is required)
4. Replacement Estimates
5. Photographs of lost/damaged items (past or present)
6. Police, Witness, or Incident Reports (if applicable)
7. Air Carrier/Other company claim reports
8. Fill out the claim form completely (front and back). Blanks may delay your claim
9. Submit a claim immediately. Delay in filing a claim can make gathering information difficult or inaccurate

**WHERE TO SUBMIT FORMS:**

**U.S. Mail Address:**
TSA Claims, Outreach, and Debt Branch
TSA Mail Stop 6009
6595 Springfield Center Drive
Springfield, VA 20598-6009

**FAX:**
(571) 227-1904

**EMAIL:**
TSAClaimsOffice@tsa.dhs.gov

Once your claim has been received, you will receive an acknowledgment letter from TSA. This letter will include a TSA control number and instructions. Please use this control number when checking on the status of your claim, or for any other communications with the TSA Claims, Outreach, and Debt Branch.

**IMPORTANT:**

TSA has twenty airports that utilize private screening services and does not handle claims for incidents that occur at these airports.

| | | |
|---|---|---|
| 1. San Francisco (SFO), CA | 7. Charles Shulz-Sonoma County (STS), CA | 13. Bozeman, Yellowstone (BZN), MT | 19. Atlantic City (ACY), NJ |
| 2. Kansas City (MCI), MO | 8. Key West (EYW), FL | 14. L.M. Clayton (OLF), MT | 20. Portsmouth (PSM), NH |
| 3. Sioux Falls (FSD), SD | 9. Roswell (ROW), NM | 15. Sidney-Richland (SDY), MT | 21. Glasgow (GGW), MT |
| 4. Rochester (ROC), NY | 10. Punta Gorda (PGD), FL | 16. Sarasota-Bradenton (SRQ), FL | 22. Yellowstone (WYS), MT |
| 5. Tupelo (TUP), MS | 11. Havre City-County (HVR), MT | 17. Frank Wiley Field (MLS), MT | |
| 6. Jackson Hole (JAC), WY | 12. Glacier Park (FCA), MT | 18. Orlando-Sanford (SFD), FL | |

Claims pertaining to these airports must be filed directly with the company providing screener services at the applicable airport. To find out more about filing a claim for an incident that occurred at one of these private screening airports, please visit www.tsa.gov.

Page 1 of 4

Note: There's a Supplemental Document For My FTCA Claim Attached to this Fo... ②

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. Title | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: TSA Claims, Outreach, and Debt Branch TSA Mail Stop 6009 6595 Springfield Center Drive Springfield, VA 20598-6009 | 2. ~~Name~~, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. U'si Ch-ab C/o Near 1208 A Carr Place Oshkosh, Wisconsin Near [54901] |
|---|---|

This does not apply For "Excluding Indians Not Taxed"

| 3. ~~TYPE OF EMPLOYMENT~~ ☐ ~~MILITARY~~ ☐ ~~CIVILIAN~~ | 4. DATE OF BIRTH 9/5/1984 | 5. ~~MARITAL STATUS~~ N/A | 6. DATE AND DAY OF ~~ACCIDENT~~ Incidents 6/17/24 & 6/29/24 | 7. TIME (A.M. OR P.M.) 4:55p & 3:45 |
|---|---|---|---|---|

**8. BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

Please See Attachment

(Also See the recording of the incidents For both dates, marked as Exhibit A)

**9. ~~PROPERTY DAMAGE~~**

~~NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).~~

~~BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED~~ ~~(See instructions on reverse side).~~

**10. PERSONAL INJURY/~~WRONGFUL DEATH~~**

STATE THE NATURE AND EXTENT OF EACH INJURY ~~OR CAUSE OF DEATH~~, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

Please See Attachment

(Also See Exhibit A)

**11.** Letters Attached to this Form From **WITNESSES.** See Exhibit K

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Paulette Brown (My mother) | 1208 Carr Place Oshkosh, Wisconsin Near [54901] |
| DaShawn Carroll (My son) | |

**12.** (See instructions on reverse). **AMOUNT OF CLAIM** (in dollars)

| ~~12a. PROPERTY DAMAGE~~ | 12b. PERSONAL INJURY Nominal Amount of $5,000 in Gold or Silver and/or U.S. Federal Reserve Notes. | ~~12c. WRONGFUL DEATH~~ | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). Nominal Amount: $5,000 |
|---|---|---|---|

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). U'si Ch-ab - U'si Ch-ab | 13b. PHONE NUMBER OF PERSON SIGNING FORM 920-203-2830 | 14. DATE OF SIGNATURE 3/5/25 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

| Authorized for Local Reproduction Previous Edition is not Usable 95-109 | NSN 7540-00-634-4046 | STANDARD FORM 95 (REV. 2/2007) PRESCRIBED BY DEPT. OF JUSTICE 28 CFR 14.2 |
|---|---|---|

Case 2:26-cv-01195-JPS    Filed 07/08/26    Page 57 of 98    Document 1-4

INSURANCE COVERAGE *"This doesn't apply to Ex. Indians Not Tax*

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

| 15. Do you carry accident Insurance? ☐ Yes    If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☐ No |
|---|

| 16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☐ Yes ☐ No | 17. If deductible, state amount. |
|---|---|

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? ☐ Yes    If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☐ No

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
   A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

## SUPPLEMENTAL INFORMATION - SF-95 CLAIM FOR DAMAGE, INJURY, OR DEATH

| 20. Claimant Email Address: | 21. Did the incident take place at: (please check one) | | OMB number 1652-0039 |
|---|---|---|---|
| Futuregentleman_2012@hotmail.com | ☑ Passenger Security Screening Checkpoint? | ☐ Checked Baggage Screening Location? | Expires 3/31/2025 |

| 22. At which Airport did the incident occur? | 23. Did you use a Skycap, Porter service, or other third-party service? | 24. Was your checked baggage delayed? |
|---|---|---|
| Milwaukee Mitchell International Airport 5300 S. Howell Ave. Milwaukee, Wisconsin 53207 | ☐ YES ☑ NO | ☐ YES, if yes, for how long? ☑ NO |

**25. If this was a Checked Baggage incident, Why do you believe that TSA was Responsible?**



**26. Write down your COMPLETE travel itinerary.** (include airline names, flight numbers, arrival/departure times, etc.)

Please See Attachment For this part.
Marked as Exhibits N-P & Exhibit R

**27. If this is a Checked Baggage incident, please write down your baggage tag numbers.**

**28. At the time of the incident, were you in the Military or a Federal employee and on official travel?**

☐ YES, if so, for whom:
☑ NO

**29. Did you file any type of incident report with the airline, airport, TSA, or any law enforcement agency?**

☑ YES, if so, please explain and leave an incident report number: 06570976    See Exhibit Q
☐ NO

As of 3/10/ This complaint is missing in TSA's old data-base.

## PLEASE BE SURE TO ATTACH ALL RECEIPTS, ESTIMATES OF REPAIR, APPRAISALS, OR ANY OTHER DOCUMENTS THAT CAN SUBSTANTIATE THE VALUE OF THE ITEMS THAT WERE LOST OR DAMAGED.

## FOR ALL DAMAGED BAGGAGE, YOU MUST GET A REPAIR ESTIMATE

### SUBMISSION DIRECTIONS:

1. Use the button on the right to **PRINT** this form.

2. **SAVE** this electronic PDF form for your records.

3. **SIGN** the printed form at the bottom of page 2.

4. **INCLUDE** all receipts, estimates, proof of flight documents, baggage tags, etc.

5. **MAIL** or **FAX** your printed claim and backup documentation.

**Print Claim**

| WHERE TO SUBMIT FORMS: | FAX: | U.S. Mail Address: |
|---|---|---|
| Email: TSAClaimsOffice@tsa.dhs.gov | (571) 227-1904 | TSA Claims, Outreach, and Debt Branch TSA Mail Stop 6009 6595 Springfield Center Drive, Springfield, VA 20598-6009 |

Once your claim has been received, you will receive an acknowledgment letter from TSA. This letter will include a TSA control number and instructions. Please use this control number when checking on the status of your claim, or for any other communications with the TSA Claims, Outreach, and Debt Branch.

**Paperwork Reduction Act Statement of Public Burden:** TSA is collecting this information in order to thoroughly investigate and resolve your tort claim against the agency. The public burden for this collection of information is estimated to be approximately 30 minutes. This is a voluntary collection of information; however, failure to provide this information may delay or hinder the processing of your claim. An agency may not conduct or sponsor, and persons are not required to respond to, a collection of information unless it displays a currently valid OMB control number. The OMB control number assigned to this collection is 1652-0039, which expires 3/31/2025. Send comments regarding this burden estimate or collection to: TSA-11, Attention: PRA 1652-0039 TSA Claims, 6595 Springfield Center Drive, Springfield, VA 20598.

**Privacy Act Statement:** AUTHORITY: 28 U.S.C. 1346(b), 1420(b), 2671-2680. PRINCIPAL PURPOSE(S): This information will be used to investigate your claim against the Transportation Security Administration (TSA). ROUTINE USE(S): This information may be shared with the Department of Justice in review, settlement, defense, and prosecution of claims involving matters over which TSA exercises jurisdiction, or for routine uses identified in the TSA's system of records notice, DHS/TSA 009 General Legal Records. DISCLOSURE: Voluntary; failure to furnish the requested information may result in an inability to thoroughly investigate your claim and may therefore result in an inability to award you payment on your claim.

Exhibit S:2          Original

## **Supplemental Document for My FTCA Claim**

U'si Ch − ab

C / O Near 1208A Carr Place

OSHKOSH, WISCONSIN or Meskwa

Zip − Code Exempt DMM

602 1:3 e (2) / Near [54901] (Northwest Territory of N. America)

Email: Futuregentleman_2012@hotmail.com

Date of Incidents:

June 27th, 2024 & June 29th, 2024, Gregorian Calendar Year


Location of the Incidents:

Milwaukee Mitchell International Airport

5300 S Howell Ave

Milwaukee, WI 53207

(Note: Both Incidents happened @ the TSA Checkpoint (Southwest United Gate C25))


### I. Introduction

I, U'si Ch-ab, am a Firekeeper Chief for the Iroquois Confederacy of Aborigine American People (I.C.A.A.P.), protected and mentioned in the U.S. Constitution Article I. § 2. Clause 3. (Exhibit B) and Constitutional Amendment XIV. § 2. (Exhibit D) "Excluding Indians Not Taxed" accompanied by Exhibit C or H. Con Res. 331: A Concurrent Resolution, and Section 14, Article 3 to the Northwest Ordinance of 1787 (Exhibit E). My lineages are the Onkwehonwe

Case 2:26-cv-01195-JPS   Filed 07/08/26   Page 60 of 98   Document 1-4

Mohawks through bloodline and by our birthright. I come by my own authority, appearing Specially to present this supplemental document accompanying my Federal Tort Claims Act (FTCA) claim against manager Rodger Stokely and supervisor Nicholas acting in their full capacity as federal officer's of the Transportation Security Administration (TSA) for personal injury due to negligence (See Exhibit L), leading up to a breach of their sworn oath under 5 USC § 3331 (See Exhibit F), procedural failures (See Exhibit G), violation and deprivation of my Unalienable Right, Liberty and Fundamental Freedom (See Exhibit H or 18 USC § 242) to Travel airborne with Southwest United airline and freely pass through TSA's checkpoints with my Lawful Notarized Indigenous Aborigine American dossier and self-identification card (See Exhibit I) undisturbed pursuant to Exhibits B – E at the Milwaukee Airport. This document provides detailed accounts and evidence beyond the SF-95 form. The grounds or basis for my FTCA claim are as follows:

1. On June 27th, 2024, Gregorian Calendar Year, I arrived with my mother and son at the Milwaukee Airport. During the TSA checkpoint screening, federal employees, including TSA manager Rodger Stokely refused to respect and recognize Exhibit I, thus preventing me to freely pass through the checkpoints undisturbed pursuant to Exhibits B - E when prior verifications were already confirmed by the TSA Contact Center on May 26th – 27th, 2024, via email (See Exhibit J) (Also See Exhibit A or full Video Recording @ part 1 – 3). Therefore, TSA manager Rodger Stokely violated my Unalienable Right, Liberty and Fundamental Freedom to Travel airborne in North America with Southwest United airline.

2. Two days later, following the initial neglect, breach, denial, and violation made by TSA manager Rodger Stokely, a subsequent

Case 2:26-cv-01195-JPS    Filed 07/08/26    Page 61 of 98    Document 1-4

encounter with TSA Supervisor Nicholas took place when I needed to retrieve me and my lineages luggage.

3. Upon explaining the negligent actions of TSA manager Rodger Stokely, Nicholas, who holds a supervisory position, assured me, on record, that he would conduct his own investigation and file a complaint against TSA manager Rodger Stokely (See Exhibit A @ part 4 – 6).

4. TSA supervisor Nicholas and his failure to follow through on this promise represents an additional layer of neglect. By not taking corrective actions after being informed of the misconduct, TSA supervisor Nicholas perpetuated the initial breach and failed in his duty to address the errors made by TSA manager Rodger Stokely to his superiors.

5. The Negligence caused by TSA manager Rodger Stokely and TSA supervisor Nicholas are as follows:

a.) Failure to Follow Policy Procedures: TSA manager Rodger Stokely neglected procedures under Exhibit G or "Acceptable Identification at the TSA Checkpoint," which includes steps for identity verification in absence of a standard ID.

b.) Breach of Oath: TSA manager Rodger Stokely and TSA supervisor Nicholas violated their oath under 5 U.S. Code § 3331 by failing to defend, uphold, and protect my Unalienable Right, Liberty, and Fundamental Freedom to freely pass through the checkpoints undisturbed enshrined in Exhibits B – E.

Case 2:26-cv-01195-JPS    Filed 07/08/26    Page 62 of 98    Document 1-4

c.) Ongoing Neglect from TSA Supervisor: TSA supervisor Nicholas, informed of the initial negligence made by TSA manager Rodger Stokely, promised further action on his part, yet failed to fulfill his promise to further investigate and rectify the situation, perpetuating another layer of neglect.

6. The Impact of this Incident is as follows:

a.) Emotional and Reputational Injury: Although "Excluding Indians Not Taxed" mention in Exhibits B and D, accompanied by Exhibit C, do not have a reputation to uphold on our own lands here in North America, me and my lineages were emotionally injured due to the public denying my true Identity, Status and Unalienable Right, Liberty, and Fundamental Freedom as "Excluding Indians Not Taxed" or Indigenous Aborigine American, which caused undue emotional harms.

b.) Denied Right to Travel: TSA manager Rodger Stokely's neglect and failure to initiate alternative ID verification processes, stated in the second page of Exhibit G, resulted in a violation of my Unalienable Right, Liberty, Fundamental Freedom to Travel and caused unnecessary travel obstruction.

7. TSA's Legislative and Procedural Context are as follows:

a.) Oath and Accountability: The TSA's mission mandates adherence to Exhibits B, D, ethical, and procedural standards, as underscored by administrative testimony.

b.) Legal and Lawful References:

1.) 5 U.S. Code § 3331 (See Exhibit F): Officers' duty to defend, uphold, and protect the Unalienable Rights,

Liberties, and Fundamental Freedoms of "Excluding Indians Not Taxed," enshrined in Exhibits B and D, accompanied by Exhibit C.

2.) Exhibits B and D, accompanied by Exhibit C: Acknowledged status and Identity, Unalienable Rights, Liberties, and Fundamental Freedoms and Government-to-Government relationship with the United States or Congress.

8. Other Supporting Evidence is as follows:

a.) Prior Verification Documentation: Email confirmations with the TSA Contact Center on May 26th – 27th, 2024, affirming the acceptance of my Lawful notarized dossier with my photo, my geographical location, etc. (See Exhibits J and I).

b.) Witness Statements: Accounts from my mother and son illustrating the neglect and its negative effects (See Exhibit K).

c.) TSA Procedures: Guidelines neglected during verification failure (See Exhibit G).

9. Sum Certain and Statement of Damages: While the heart of my FTCA claim centers on non-pecuniary loss due to personal injury from negligence, leading up to a breach of TSA manager Rodger Stokely and TSA supervisor Nicholas' sworn oath under Exhibit F, procedural failures (See Exhibit G), and violation of my Unalienable Right, Liberty and Fundamental Freedom to Travel airborne with Southwest United airline, I claim a nominal amount of $5,000 in gold, silver, and/or U.S. Federal Reserve Notes as a formal acknowledgment of the emotional harm that I have endured. This

figure serves only as a procedural necessity, underscoring that the core of my claims cannot be replaced by any total amount of gold, silver and/or U.S. Federal Reserve Notes.

10. The Maxim of Laws is as follows:

a.) "Equity will not suffer a wrong without a remedy," highlighting the need for remedy due to TSA's negligence.

b.) Although my People and I can Never be "persons" or "Persons," the *U.S. Supreme Court in Donald J. Trump, PRESIDENT OF THE UNITED STATES v. STATE OF NEW YORK, No. 20-366 (2020)* stated that the statute (like the Constitution) explicitly excludes only one category of persons from the apportionment, "Indians not taxed," 2 U. S. C. §2a(a).

c.) In Harmony with b.) is the 1860's Census: Instructions to The Marshals – Special Instructions, 5. Indians. -- Indians not taxed are not to be enumerated. The families of Indians who have renounced tribal rule, and who under State or Territorial laws exercise the rights, [privileges, and benefits] of [U.S.] citizens, are to be enumerated. In all such cases write "Ind." opposite their names, in column 6, under heading "Color."

d.) "100th CONGRESS, 1st SESSION, S. CON. RES. 76, CONCURRENT RESOLUTION" clearly establishes the Government-to-Government relationship with Congress, the United States corporation as being a "special relationship" and whereas the Treaties and Bodies of Law clearly defines the jurisdictions and outlines the Trust Responsibility and obligation of the United States corporation and its entities,

officer's, agents, and municipalities to Indians and Indian tribes (Also See Exhibit C).

e.) Further, "100th CONGRESS, 1st SESSION, S. CON. RES. 76, CONCURRENT RESOLUTION" states that "Indians not taxed" [of the U.S. Constitution is] considered [to be] separate [from the United States], [and "Indians not taxed" is] a [special] status still widely asserted [throughout North America] and [widely] defended.

f.) "Indians not taxed [are] excluded because they [are] not regarded as a portion of the population of the United States. They are [only] subject to the tribes to which they belong, and those tribes are always spoken of in the Constitution as if they [are] independent nations, to some extent, existing in our midst but not constituting a part of our population, and with whom we make treaties." Quoting from "Mr. Doolittle, speaking in the Senate debate on the Civil Rights Act of 1866, recorded in the Congressional Globe, 39th Cong., 1st Sess., on February 1st, 1866, 569 – 75."

g.) In Exhibit E or the Northwest Ordinance of 1787, Sec. 14., Art. 3. It states that:

"It is hereby ordained and declared by the authority aforesaid, That th[is] following article shall be considered as articles of compact between the original States and the people and States in the said territory and forever remain unalterable, unless by common consent, to wit......... The utmost good faith shall always be observed towards the Indians; their lands and property shall never be taken from

them without their consent; and, in their property, <u>rights,</u> <u>and liberty,</u> they <u>shall never be</u> invaded or <u>disturbed, unless in just and lawful wars authorized by Congress</u>; but laws founded in justice and humanity, shall from time to time be made for preventing wrongs being done to them, and for preserving peace and friendship with them."

h.) SECTION THREE, Article XIII., part 1 – 2, @ page 13, and SECTION FOUR, Article XX., part 3 – 4, @ pages 23 – 24 of the American Declaration on the Rights of Indigenous Peoples (A.D.R.I.P.)

1. Indigenous [Aborigine American] people have the right to their own cultural identity and integrity and to their cultural heritage, whether tangible or intangible, including historic and ancestral heritage; and to the protection, preservation, maintenance, and development of that cultural heritage for their collective continuity and that of their members and so as to transmit that heritage to future generations.

2. States shall provide redress through effective mechanisms, which may include restitution, developed in conjunction with indigenous peoples, with respect to their cultural, intellectual, religious, and spiritual property taken without their free, prior, and informed consent or in violation of their laws, traditions, and customs.

3. Indigenous [Aborigine American] people, in particular those who are divided by [national and] international borders, have the right to travel and to maintain and

develop contacts, relations, and direct cooperation, including activities for spiritual, cultural, political, economic, and social purposes, with their [lineages], members and other people.

4. [The United] States, in consultation and cooperation with [I]ndigenous [Aborigine American] people, shall adopt effective measures to ensure the exercise and enforcement of these rights.

i.) Article 13, part 1 – 2, @ page 28 of the Universal Declaration of Human Rights (U.D.H.R.) states that:

(1) Everyone has the right to freedom of movement....... within the borders of each State.

(2) Everyone has the right to leave any country, including his own, and to return to his country.

11. My Statement of Relief and what I am Seeking is as follows:

a.) Formal Acknowledgment: Recognition from the personal injury I have endured due to the negligent actions undertaken by TSA employees, including TSA manager Rodger Stokely and TSA supervisor Nicholas and acknowledgment of their failure to uphold, defend, and protect the Unalienable Rights, Liberties, and Fundamental Freedoms of "Excluding Indians Not Taxed," mentioned in Exhibits B and D, accompanied by Exhibits C and E (See Exhibit F). Including acknowledgment of TSA's procedural standards within Exhibit G.

b.) Implementation of Corrective Measures: Development and enforcement of corrective measures within TSA protocols or

policies to ensure adherence to established guidelines, especially in recognizing and verifying the identification, and status of "Excluding Indians Not Taxed" as articulated in Exhibits B, D, accompanied by Exhibit C and E (Also See Exhibits F and G).

c.) Future Travel Assurance: Confirmation that the 2 forms of identification I presented during this incident are sufficient proof in verifying my identity and status for future departures and arrivals at any airport in North America, safeguarding my Unalienable Right, Liberty, and Fundamental Freedom to Travel airborne on my ancestor's lands here in North America.

12. Reservation of My Rights within this FTCA claim is as follows:

a.) This claim reserves all Rights to object, amend, and pursue further actions against TSA manager Rodger Stokely and TSA supervisor Nicholas pursuant to Exhibit H or 18 USC § 242, if this claim is denied or has not been resolved within a six-month period.

13. Conclusion: The measures sought across this claim aim to rectify the immediate injustices experienced by myself and my lineages and to prevent future occurrences affecting myself and other Indigenous Aborigine Americans protected by the Exhibits stated herein. Based on the Law and Evidence I presented within this FTCA claim, I trust that an equitable resolution will be forthcoming within a reasonable time frame, grounded on the principles of justice and recognition for the Identity, Status, Unalienable Rights, Liberties, and Fundamental Freedoms for "Excluding Indians Not Taxed."

IN HONOR AND RESPECT,

U'si Ch – ab f/k/a Alan N. Carroll Jr,

C/O Near 1208 Carr Place

OSHKOSH, WISCONSIN

Zip – Code Exempt D.M.M. 602 1:3 e (2)

Near [54901]

920-385-1521

Futuregentleman_2012@hotmail.com



U.S. Department of Homeland Security
**Transportation Security Administration**
Claims, Outreach, and Debt Branch
6595 Springfield Center Drive, TSA - 9
Springfield, Virginia 20598-6009

Dear Traveler:

The Transportation Security Administration (TSA) is responsible for the screening of passengers and their baggage at all commercial airports in the United States and its territories. If you have experienced a loss or damage to your property and you feel that this loss or damage occurred as a direct result of negligence by a TSA employee, you may file a claim with TSA. If you feel the loss or damage was due to the negligence of your air carrier, please file a claim directly with the air carrier. If filing with TSA, you must include proof of your loss or damage as well as evidence of TSA negligence.

In order to protect your rights ~~under~~ through Federal law and to file a valid claim, you must send your claim in writing to TSA, stating the circumstances of your loss and the exact amount you are claiming, within two (2) years of the incident. The claim must be sufficient in order to be accepted and examined by TSA. Please refer to the instruction sheet accompanying this letter for more information regarding sufficiency.

This letter is part of the TSA claims package that includes: (1) SF-95 Instructions, (2) SF-95 Claim Form, and (3) SF-95 Supplemental Information Form. Additional claim packages can be found online at: www.tsa.gov.

Please follow the instructions carefully and fill out the forms completely. While use of these forms is not mandatory, it will help ensure that you meet the legal requirements for filing a claim. To submit your claim:

Use standard or overnight mail to:
TSA Claims, Outreach, and Debt Branch
TSA Mail Stop 6009
6595 Springfield Center Drive
Springfield, VA 20598-6009
OR
Fax your forms and other information to: (571) 227-1904

Once TSA has been presented a sufficient claim, you will be sent a letter of acknowledgment and a control number. Please recognize that there is often up to a three-week delay for mail sent to Federal facilities due to screening requirements. The Federal Tort Claims Act (FTCA) governs the way your claim is processed and establishes your rights in regard to your claim. If your claim is denied or has not been resolved within six months of the date it was properly presented to TSA, you may file suit in an appropriate U.S. District Court. Additional information about pursuing an FTCA claim may be found in title 28 of the United States Code, sections 1346(b), 1402(b), 2401(b), 2671-2680 and title 28 of the Code of Federal Regulations, sections 14.1-14.11.

We are sorry you experienced difficulties while traveling and hope that this information proves helpful.

Regards,

TSA Claims, Outreach, and Debt Branch

Enclosures: 4

# Transportation Security Administration (TSA)
## Claims, Outreach, and Debt Branch
## Tort Claim Package

OMB number. 1652-0039
Expires 3/31/ 28

**You have downloaded the Tort Claim Package for TSA. If you have suffered property damage/loss or a personal injury AND you believe that a TSA employee's negligence caused the incident, please fill out this package in its entirety.**

This is a fillable PDF document. Please fill out the form using your computer keyboard or print out the form and write out the information by hand. Be sure to fill out all the fields completely and accurately.
**SIGN the forms and VXEP LWLXHP either E\ FAX ( 0 $,/ RU0 $,/ them to TSA.**

INSTRUCTIONS FOR COMPLETING TSA CLAIMS PACKAGE:

CLAIM SUFFICIENCY: In order for a claim to be processed it must have these 5 items (called facial sufficiency)

| | |
|---|---|
| 1. The claim must be *SUM CERTAIN* - | This means that an exact U.S. Dollar Amount must be entered in box 12d. |
| 2. The claim must have a *SPECIFIC DATE* - | This means there must be a specific date of the incident. |
| 3. The claim must name a *SPECIFIC LOCATION* - | This means that the incident should have a specific place that it happened. |
| 4. It must have a *STATEMENT OF FACT* - | In other words, be as detailed as possible. The more accurate and detailed the description, the faster an investigation and determination will be made. Be sure to remember names, places, and events. Avoid assumptions, they can actually hinder the investigation and may delay your claim. |
| 5. A claim must have a *SIGNATURE* - | Without a full legal signature (preferably in blue ink), even the most accurate and detailed claim is not sufficient. |

**NINE USEFUL HINTS:**

To speed the process of your claim, the following should be included with your claim:

1. Purchase receipt of the ORIGINAL item lost or damaged. (If unavailable; credit card statements, bank statements, appraisals, etc.)
2. Boarding Passes, copies of Baggage Tags, and any other Air Carrier or TSA documents related to this trip
3. Repair Estimates (if unable to repair, a written statement from the repair shop is required)
4. Replacement Estimates
5. Photographs of lost/damaged items (past or present)
6. Police, Witness, or Incident Reports (if applicable)
7. Air Carrier/Other company claim reports
8. Fill out the claim form completely (front and back). Blanks may delay your claim
9. Submit a claim immediately. Delay in filing a claim can make gathering information difficult or inaccurate

**WHERE TO SUBMIT FORMS:**

**U.S. Mail Address:**
**TSA Claims, Outreach, and Debt Branch**
**TSA Mail Stop 6009**
**6595 Springfield Center Drive**
**Springfield, VA 20598-6009**

**FAX:**
(571) 227-1904

**EMAIL:**
TSAClaimsOffice@tsa.dhs.gov

Once your claim has been received, you will receive an acknowledgment letter from TSA. This letter will include a TSA control number and instructions. Please use this control number when checking on the status of your claim, or for any other communications with the TSA Claims, Outreach, and Debt Branch.

**IMPORTANT:**

TSA has twenty airports that utilize private screening services and does not handle claims for incidents that occur at these airports.

1. San Francisco (SFO), CA
2. Kansas City (MCI), MO
3. Sioux Falls (FSD), SD
4. Rochester (ROC), NY
5. Tupelo (TUP), MS
6. Jackson Hole (JAC), WY
7. Charles Shulz-Sonoma County (STS), CA
8. Key West (EYW), FL
9. Roswell (ROW), NM
10. Punta Gorda (PGD), FL
11. Havre City-County (HVR), MT
12. Glacier Park (FCA), MT
13. Bozeman, Yellowstone (BZN), MT
14. L.M. Clayton (OLF), MT
15. Sidney-Richland (SDY), MT
16. Sarasota-Bradenton (SRQ), FL
17. Frank Wiley Field (MLS), MT
18. Orlando-Sanford (SFD), FL
19. Atlantic City (ACY), NJ
20. Portsmouth (PSM), NH
21. Glasgow (GGW), MT
22. Yellowstone (WYS), MT

Claims pertaining to these airports must be filed directly with the company providing screener services at the applicable airport. To find out more about filing a claim for an incident that occurred at one of these private screening airports, please visit www.tsa.gov.

Page 1 of 4

# CLAIM FOR DAMAGE, INJURY, OR DEATH

**INSTRUCTIONS:** Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. *Title*

FORM APPROVED
OMB NO. 1105-0008

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| TSA Claims, Outreach, and Debt Branch<br>TSA Mail Stop 6009<br>6595 Springfield Center Drive<br>Springfield, VA 20598-6009<br>*This does not apply to me and my status.* | U'si Ch-ab<br>C/O Near 1208 (A) Carr Place<br>Oshkosh, Wisconsin<br>Near [54901] |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY ☐ CIVILIAN | 8/5/1984 | N/A | 6/27/24 & 6/29/24 | 4:55p & 3:45p |

**8. BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

★ See Amended Supplemental Document thats attached to this Form

★ Also See Request For Reconsideration

**9. PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

**10. PERSONAL INJURY/WRONGFUL DEATH**

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

★ See Amended Supplemental Document

★ Also See Request For Reconsideration

**11.** *This was attached to original Form.* **WITNESSES** See Exhibit K (Signed Letters)

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Paulette Brown (Mother)<br>DaShawn Carroll (Son) | 1208 Carr Place<br>Oshkosh, Wisonsin<br>Near [54901] |

**12.** (See instructions on reverse). **AMOUNT OF CLAIM** (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| | $75,000 in Gold, Silver and/or U.S. Federal Reserve Notes | | $75,000 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM. *Indian*

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| U'si Ch-ab | 920-203-2830 | 9/29/25 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable

95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

✔ This does not apply to me or my Status.

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident Insurance? ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☐ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☐ Yes  ☐ No   | 17. If deductible, state amount.

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? ☐ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☐ No

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

**Complete all items - Insert the word NONE where applicable.**

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* **Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
   A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

Page 3 of 4

## SUPPLEMENTAL INFORMATION - SF-95 CLAIM FOR DAMAGE, INJURY, OR DEATH

| 20. Claimant Email Address: Futuregentleman_2012@hotmail.com | 21. Did the incident take place at: (please check one) [✓] Passenger Security Screening Checkpoint? [ ] Checked Baggage Screening Location? | OMB number 1652-0039 Expires 3/31/2028 |
|---|---|---|

| 22. At which Airport did the incident occur? Milwaukee Mitchell International Airport 5300 S. Howell Ave. Milwaukee, Wisconsin 53207 | 23. Did you use a Skycap, Porter service, or other third-party service? [ ] YES [✓] NO | 24. Was your checked baggage delayed? [ ] YES, if yes, for how long? [✓] NO |
|---|---|---|

**25. If this was a Checked Baggage incident, Why do you believe that TSA was Responsible?**

**26. Write down your COMPLETE travel itinerary. (include airline names, flight numbers, arrival/departure times, etc.)**

See Attachments From original Form: 3/5/25 Exhibits marked as N-P & Exhibit R

**27. If this is a Checked Baggage incident, please write down your baggage tag numbers.**

| 28. At the time of the incident, were you in the Military or a Federal employee **and** on official travel? [ ] YES, if so, for whom: [✓] NO | 29. Did you file any type of incident report with the airline, airport, TSA, or any law enforcement agency? [✓] YES, if so, please explain and leave an incident report number: #06570976 (Exhibit Q) (See this from original Form.) In 3/10/25, this complaint was missing in TSA's old data-ba [ ] NO |
|---|---|

## PLEASE BE SURE TO ATTACH ALL RECEIPTS, ESTIMATES OF REPAIR, APPRAISALS, OR ANY OTHER DOCUMENTS THAT CAN SUBSTANTIATE THE VALUE OF THE ITEMS THAT WERE LOST OR DAMAGED.

## FOR ALL DAMAGED BAGGAGE, YOU MUST GET A REPAIR ESTIMATE

### SUBMISSION DIRECTIONS:

1. Use the button on the right to **PRINT** this form.

2. **SAVE** this electronic PDF form for your records.

3. **SIGN** the printed form at the bottom of page 2.

**Print Claim**

4. **INCLUDE** all receipts, estimates, proof of flight documents, baggage tags, etc.

5. **MAIL** or **FAX** your printed claim and backup documentation.

| WHERE TO SUBMIT FORMS: Email: TSAClaimsOffice@tsa.dhs.gov | FAX: (571) 227-1904 | U.S. Mail Address: TSA Claims, Outreach, and Debt Branch TSA Mail Stop 6009 6595 Springfield Center Drive, Springfield, VA 20598-6009 |
|---|---|---|

Once your claim has been received, you will receive an acknowledgment letter from TSA. This letter will include a TSA control number and instructions. Please use this control number when checking on the status of your claim, or for any other communications with the TSA Claims, Outreach, and Debt Branch.

**Paperwork Reduction Act Statement of Public Burden:** TSA is collecting this information in order to thoroughly investigate and resolve your tort claim against the agency. The public burden for this collection of information is estimated to be approximately 30 minutes. This is a voluntary collection of information; however, failure to provide this information may delay or hinder the processing of your claim. An agency may not conduct or sponsor, and persons are not required to respond to, a collection of information unless it displays a currently valid OMB control number. The OMB control number assigned to this collection is 1652-0039, which expires 3/31/2028. Send comments regarding this burden estimate or collection to: TSA-11, Attention: PRA 1652-0039 TSA Claims, 6595 Springfield Center Drive, Springfield, VA 20598.

**Privacy Act Statement:** AUTHORITY: 28 U.S.C. 1346(b), 1420(b), 2671-2680. PRINCIPAL PURPOSE(S): This information will be used to investigate your claim against the Transportation Security Administration (TSA). ROUTINE USE(S): This information may be shared with the Department of Justice in review, settlement, defense, and prosecution of claims involving matters over which TSA exercises jurisdiction, or for routine uses identified in the TSA's system of records notice, DHS/TSA 009 General Legal Records. DISCLOSURE: Voluntary; failure to furnish the requested information may result in an inability to thoroughly investigate your claim and may therefore result in an inability to award you payment on your claim.

Page 4 of 4

Exhibit 5:4

## <u>Supplemental Document for My FTCA Claim (Amended: 9/29/25)</u>

U'si Ch – ab

C / O Near 1208A Carr Place

OSHKOSH, WISCONSIN or Meskwa

Zip – Code Exempt DMM

602 1:3 e (2) / Near [54901] (Northwest Territory of N. America)

Email: Futuregentleman_2012@hotmail.com

Date of Incidents:

June 27th, 2024 & June 29th, 2024, Gregorian Calendar Year

Location of the Incidents:

Milwaukee Mitchell International Airport

5300 S Howell Ave

Milwaukee, WI 53207

(Note: Both Incidents happened @ the TSA Checkpoint (Southwest United Gate C25))

### I. <u>Introduction</u>

I, U'si Ch-ab, am a Firekeeper Chief for the Iroquois Confederacy of Aborigine American People (I.C.A.A.P.), protected and mentioned in the U.S. Constitution Article I. § 2. Clause 3. (Exhibit B) and Constitutional Amendment XIV. § 2. (Exhibit D) "<u>Excluding Indians Not Taxed</u>" accompanied by Exhibit C or H. Con Res. 331: A Concurrent Resolution, and Section 14, Article 3 to the Northwest Ordinance of 1787 (Exhibit E). My lineages are the Onkwehonwe

Case 2:26-cv-01195-JPS    Filed 07/08/26    Page 76 of 98    Document 1-4

Mohawks through bloodline and by our birthright. I come by my own authority, appearing Specially to present this supplemental document accompanying my Federal Tort Claims Act (FTCA) claim against manager Rodger Stokely and supervisor Nicholas acting in their full capacity as federal officer's of the Transportation Security Administration (TSA) for personal injury due to negligence (See Exhibit L), leading up to a breach of their sworn oath under 5 USC § 3331 (See Exhibit F), procedural failures (See Exhibit G), violation and deprivation of my Unalienable Right, Liberty and Fundamental Freedom (See Exhibit H or 18 USC § 242) to Travel airborne with Southwest United airline and freely pass through TSA's checkpoints with my Lawful Notarized Indigenous Aborigine American dossier and self-identification card (See Exhibit I) undisturbed pursuant to Exhibits B – E at the Milwaukee Airport. This document provides detailed accounts and evidence beyond the SF-95 form. The grounds or basis for my FTCA claim are as follows:

1. On June 27th, 2024, Gregorian Calendar Year, I arrived with my mother and son at the Milwaukee Airport. During the TSA checkpoint screening, federal employees, including TSA manager Rodger Stokely refused to respect and recognize Exhibit I, thus preventing me to freely pass through the checkpoints undisturbed pursuant to Exhibits B - E when prior verifications were already confirmed by the TSA Contact Center on May 26th – 27th, 2024, via email (See Exhibit J) (Also See Exhibit A or full Video Recording @ part 1 – 3). Therefore, TSA manager Rodger Stokely violated my Unalienable Right, Liberty and Fundamental Freedom to Travel airborne in North America with Southwest United airline.

2. Two days later, following the initial neglect, breach, denial, and violation made by TSA manager Rodger Stokely, a subsequent

Case 2:26-cv-01195-JPS    Filed 07/08/26    Page 77 of 98    Document 1-4

encounter with TSA Supervisor Nicholas took place when I needed to retrieve me and my lineages luggage.

3. Upon explaining the negligent actions of TSA manager Rodger Stokely, Nicholas, who holds a supervisory position, assured me, on record, that he would conduct his own investigation and file a complaint against TSA manager Rodger Stokely (See Exhibit A @ part 4 – 6).

4. TSA supervisor Nicholas and his failure to follow through on this promise represents an additional layer of neglect. By not taking corrective actions after being informed of the misconduct, TSA supervisor Nicholas perpetuated the initial breach and failed in his duty to address the errors made by TSA manager Rodger Stokely to his superiors.

5. The Negligence caused by TSA manager Rodger Stokely and TSA supervisor Nicholas are as follows:

a.) Failure to Follow Policy Procedures: TSA manager Rodger Stokely neglected procedures under Exhibit G or "Acceptable Identification at the TSA Checkpoint," which includes steps for identity verification in absence of a standard ID.

b.) Breach of Oath: TSA manager Rodger Stokely and TSA supervisor Nicholas violated their oath under 5 U.S. Code § 3331 by failing to defend, uphold, and protect my Unalienable Right, Liberty, and Fundamental Freedom to freely pass through the checkpoints undisturbed enshrined in Exhibits B – E.

Case 2:26-cv-01195-JPS    Filed 07/08/26    Page 78 of 98    Document 1-4

c.) Ongoing Neglect from TSA Supervisor: TSA supervisor Nicholas, informed of the initial negligence made by TSA manager Rodger Stokely, promised further action on his part, yet failed to fulfill his promise to further investigate and rectify the situation, perpetuating another layer of neglect.

6. The Impact of this Incident is as follows:

a.) Emotional and Reputational Injury: Although "Excluding Indians Not Taxed" mention in Exhibits B and D, accompanied by Exhibit C, do not have a reputation to uphold on our own lands here in North America, me and my lineages were emotionally injured due to the public denying my true Identity, Status and Unalienable Right, Liberty, and Fundamental Freedom as "Excluding Indians Not Taxed" or Indigenous Aborigine American, which caused undue emotional harms.

b.) Denied Right to Travel: TSA manager Rodger Stokely's neglect and failure to initiate alternative ID verification processes, stated in the second page of Exhibit G, resulted in a violation of my Unalienable Right, Liberty, Fundamental Freedom to Travel and caused unnecessary travel obstruction.

7. TSA's Legislative and Procedural Context are as follows:

a.) Oath and Accountability: The TSA's mission mandates adherence to Exhibits B, D, ethical, and procedural standards, as underscored by administrative testimony.

b.) Legal and Lawful References:

1.) 5 U.S. Code § 3331 (See Exhibit F): Officers' duty to defend, uphold, and protect the Unalienable Rights,

Page 4 of 11

Liberties, and Fundamental Freedoms of "Excluding Indians Not Taxed," enshrined in Exhibits B and D, accompanied by Exhibit C.

2.) Exhibits B and D, accompanied by Exhibit C: Acknowledged status and Identity, Unalienable Rights, Liberties, and Fundamental Freedoms and Government-to-Government relationship with the United States or Congress.

8. Other Supporting Evidence is as follows:

a.) Prior Verification Documentation: Email confirmations with the TSA Contact Center on May 26th – 27th, 2024, affirming the acceptance of my Lawful notarized dossier with my photo, my geographical location, etc. (See Exhibits J and I).

b.) Witness Statements: Accounts from my mother and son illustrating the neglect and its negative effects (See Exhibit K).

c.) TSA Procedures: Guidelines neglected during verification failure (See Exhibit G).

9. Sum Certain and Statement of Damages: While the heart of my FTCA claim centers on non-pecuniary loss due to personal injury from negligence, leading up to a breach of TSA manager Rodger Stokely and TSA supervisor Nicholas' sworn oath under Exhibit F, procedural failures (See Exhibit G), and violation of my Unalienable Right, Liberty and Fundamental Freedom to Travel airborne with Southwest United airline, I claim an amount of $75,000 in gold, silver, and/or U.S. Federal Reserve Notes as a formal acknowledgment of the emotional harm that I have endured. This

Case 2:26-cv-01195-JPS    Filed 07/08/26    Page 80 of 98    Document 1-4

figure serves only as a procedural necessity, underscoring that the core of my claims cannot be replaced by any total amount of gold, silver and/or U.S. Federal Reserve Notes.

10. The Maxim of Laws is as follows:

a.) "Equity will not suffer a wrong without a remedy," highlighting the need for remedy due to TSA's negligence.

b.) Although my People and I can Never be "persons" or "Persons," the *U.S. Supreme Court in Donald J. Trump, PRESIDENT OF THE UNITED STATES v. STATE OF NEW YORK, No. 20-366 (2020)* stated that the statute (like the Constitution) explicitly excludes only one category of persons from the apportionment, "Indians not taxed," 2 U. S. C. §2a(a).

c.) In Harmony with b.) is the 1860's Census: Instructions to The Marshals – Special Instructions, 5. Indians. -- Indians not taxed are not to be enumerated. The families of Indians who have renounced tribal rule, and who under State or Territorial laws exercise the rights, [privileges, and benefits] of [U.S.] citizens, are to be enumerated. In all such cases write "Ind." opposite their names, in column 6, under heading "Color."

d.) "100th CONGRESS, 1st SESSION, S. CON. RES. 76, CONCURRENT RESOLUTION" clearly establishes the Government-to-Government relationship with Congress, the United States corporation as being a "special relationship" and whereas the Treaties and Bodies of Law clearly defines the jurisdictions and outlines the Trust Responsibility and obligation of the United States corporation and its entities,

officer's, agents, and municipalities to Indians and Indian tribes (Also See Exhibit C).

e.) Further, "100th CONGRESS, 1st SESSION, S. CON. RES. 76, CONCURRENT RESOLUTION" states that "Indians not taxed" [of the U.S. Constitution is] considered [to be] separate [from the United States], [and "Indians not taxed" is] a [special] status still widely asserted [throughout North America] and [widely] defended.

f.) "Indians not taxed [are] excluded because they [are] not regarded as a portion of the population of the United States. They are [only] subject to the tribes to which they belong, and those tribes are always spoken of in the Constitution as if they [are] independent nations, to some extent, existing in our midst but not constituting a part of our population, and with whom we make treaties." Quoting from "Mr. Doolittle, speaking in the Senate debate on the Civil Rights Act of 1866, recorded in the Congressional Globe, 39th Cong., 1st Sess., on February 1st, 1866, 569 – 75."

g.) In Exhibit E or the Northwest Ordinance of 1787, Sec. 14., Art. 3. It states that:

"It is hereby ordained and declared by the authority aforesaid, That th[is] following article shall be considered as articles of compact between the original States and the people and States in the said territory and forever remain unalterable, unless by common consent, to wit......... The utmost good faith shall always be observed towards the Indians; their lands and property shall never be taken from

them without their consent; and, in their property, <u>rights, and liberty</u>, they <u>shall never be</u> invaded or <u>disturbed, unless in just and lawful wars authorized by Congress</u>; but laws founded in justice and humanity, shall from time to time be made for preventing wrongs being done to them, and for preserving peace and friendship with them."

h.) SECTION THREE, Article XIII., part 1 – 2, @ page 13, and SECTION FOUR, Article XX., part 3 – 4, @ pages 23 – 24 of the American Declaration on the Rights of Indigenous Peoples (A.D.R.I.P.)

1. Indigenous [Aborigine American] people have the right to their own cultural identity and integrity and to their cultural heritage, whether tangible or intangible, including historic and ancestral heritage; and to the protection, preservation, maintenance, and development of that cultural heritage for their collective continuity and that of their members and so as to transmit that heritage to future generations.

2. States shall provide redress through effective mechanisms, which may include restitution, developed in conjunction with indigenous peoples, with respect to their cultural, intellectual, religious, and spiritual property taken without their free, prior, and informed consent or in violation of their laws, traditions, and customs.

3. Indigenous [Aborigine American] people, in particular those who are divided by [national and] international borders, have the right to travel and to maintain and

Case 2:26-cv-01195-JPS    Filed 07/08/26    Page 83 of 98    Document 1-4

develop contacts, relations, and direct cooperation, including activities for spiritual, cultural, political, economic, and social purposes, with their [lineages], members and other people.

4. [The United] States, in consultation and cooperation with [I]ndigenous [Aborigine American] people, shall adopt effective measures to ensure the exercise and enforcement of these rights.

i.) Article 13, part 1 – 2, @ page 28 of the Universal Declaration of Human Rights (U.D.H.R.) states that:

(1) Everyone has the right to freedom of movement....... within the borders of each State.

(2) Everyone has the right to leave any country, including his own, and to return to his country.

11. My Statement of Relief and what I am Seeking is as follows:

a.) Formal Acknowledgment: Recognition from the personal injury I have endured due to the negligent actions undertaken by TSA employees, including TSA manager Rodger Stokely and TSA supervisor Nicholas and acknowledgment of their failure to uphold, defend, and protect the Unalienable Rights, Liberties, and Fundamental Freedoms of "Excluding Indians Not Taxed," mentioned in Exhibits B and D, accompanied by Exhibits C and E (See Exhibit F). Including acknowledgment of TSA's procedural standards within Exhibit G.

b.) Implementation of Corrective Measures: Development and enforcement of corrective measures within TSA protocols or

Case 2:26-cv-01195-JPS    Filed 07/08/26    Page 84 of 98    Document 1-4

policies to ensure adherence to established guidelines, especially in recognizing and verifying the identification, and status of "Excluding Indians Not Taxed" as articulated in Exhibits B, D, accompanied by Exhibit C and E (Also See Exhibits F and G).

c.) Future Travel Assurance: Confirmation that the 2 forms of identification I presented during this incident are sufficient proof in verifying my identity and status for future departures and arrivals at any airport in North America, safeguarding my Unalienable Right, Liberty, and Fundamental Freedom to Travel airborne on my ancestor's lands here in North America.

12. Reservation of My Rights within this FTCA claim is as follows:

a.) This claim reserves all Rights to object, amend, and pursue further actions against TSA manager Rodger Stokely and TSA supervisor Nicholas pursuant to Exhibit H or 18 USC § 242, if this claim is denied or has not been resolved within a six-month period.

13. Conclusion: The measures sought across this claim aim to rectify the immediate injustices experienced by myself and my lineages and to prevent future occurrences affecting myself and other Indigenous Aborigine Americans protected by the Exhibits stated herein. Based on the Law and Evidence I presented within this FTCA claim, I trust that an equitable resolution will be forthcoming within a reasonable time frame, grounded on the principles of justice and recognition for the Identity, Status, Unalienable Rights, Liberties, and Fundamental Freedoms for "Excluding Indians Not Taxed."

Case 2:26-cv-01195-JPS    Filed 07/08/26    Page 85 of 98    Document 1-4

IN HONOR AND RESPECT,

U'si Ch – ab f/k/a Alan N. Carroll Jr,

C/O Near 1208 Carr Place

OSHKOSH, WISCONSIN

Zip – Code Exempt D.M.M. 602 1:3 e (2)

Near [54901]

920-385-1521

Futuregentleman_2012@hotmail.com

Case 2:26-cv-01195-JPS    Filed 07/08/26    Page 86 of 98    Document 1-4

U'si Ch – ab

C / O Near 1208A Carr Place

OSHKOSH, WISCONSIN or Meskwa

Zip – Code Exempt DMM

602 1:3 e (2) / Near [54901] (Northwest Territory of N. America)

Email: Futuregentleman_2012@hotmail.com

Gregorian Calendar Date: September 29th, 2025,

VIA CERTIFIED MAIL: 9589 0710 5270 0962 6545 08

Sherika L. Bryant, Program Specialist

Chief Counsel, Transportation Security Administration

Claims, Outreach, and Debt Branch

TSA Mail Stop 6009

6595 Springfield Center Drive

Springfield, VA 20598-6009

**Re**: Amended Claim and Request for Reconsideration of Claim No. 2025032692861

Dear Ms. Bryant,

Pursuant to the procedures established through the Federal Tort Claims Act, including 28 U.S.C. § 2675, this letter constitutes a formal Amended Claim, Amended Supplemental Document and Request for Reconsideration of the denial issued on September 18th, 2025.

The denial incorrectly characterized my claim as arising solely from Constitutional violations. This Amended Claim clarifies that the basis for this administrative action is **negligence**, a tort fully cognizable under the FTCA, and this presentment cures any procedural deficiencies in the original filings.

## I. Curing the "Sum Certain" Requirement

To ensure full compliance with FTCA's procedural requirements, this Amended Claim is now for a sum certain amount of $75,000 in Gold, Silver, and/or U.S. Federal Reserve Notes. To formalize this, a newly completed Standard Form 95 (SF-95) reflecting this amount is enclosed with this letter. The amount is broken down as follows:

- Personal Injury: $75,000.00 (This represents compensatory damages for the negligently inflicted emotional distress and public humiliation I suffered as a direct result of the actions from the TSA employees).

## II. Legal Basis – Negligence via Ministerial Breach of Duty

This claim is based on the negligence of TSA Manager Rodger Stokely and Supervisor Nicholas. Their actions constituted a breach of a non-discretionary, ministerial duty mandated by federal law and their sworn oaths. The negligence is demonstrated by the following:

- Failure to Follow Mandatory Procedures: TSA Manager Rodger Stokely, acting in his full capacity, neglected his duty under 49 U.S.C. § 44903 and 49 C.F.R. § 1540.107 to accept my lawful, notarized identification, which had been pre-verified by the TSA Contact Center on May 27th, 2024. This failure to

Page 2 of 5

follow mandatory procedures constitutes a ministerial breach, not a discretionary act, as established in Redfern v. Napolitano, 727 F.3d 77 (1st Cir. 2013).

- **Breach of Oath:** The failure to follow established procedures and respect my status and rights constitutes a breach of the sworn oath taken by federal employees under 5 U.S.C. § 3331 to support and defend the Constitution and faithfully discharge their duties. This breach is further evidence of their negligence.

- **Compounding Negligence of Supervisor:** On June 29th, 2024, Supervisor Nicholas was made aware of Manager Stokely's negligent actions. He assured me he would conduct an investigation and file a complaint. His subsequent failure to take any corrective action represents a second, compounding layer of negligence, as he failed in his supervisory duty to address and rectify the misconduct of his subordinate.

## III. Reservation and Clarification of Constitutional Claims and Status

Please be advised that this administrative claim for negligence is separate and distinct from my claims for Constitutional violations that will be pursued in federal court via a Bivens action.

For clarity, my claim to equal protection is not made as a U.S. citizen, but as a Firekeeper Chief for the Iroquois Confederacy of Aborigine American People, a sovereign Confederacy of many Nations. Our status is rooted in my position as

Case 2:26-cv-01195-JPS    Filed 07/08/26    Page 89 of 98    Document 1-4

one of the "Excluding Indians Not Taxed" mentioned in Article I. § 2. Clause 3. of the U.S. Constitution and Constitutional Amendment XIV. § 2 (Exhibits B & D).

Me and my People are Indigenous Aborigine Americans with a government-to-government relationship with the United States and Congress affirmed by Exhibit C or H. Con Res. 331: A Concurrent Resolution, and Section 14, Article 3 to the Northwest Ordinance of 1787 (Exhibit E).

The U.S. Supreme Court precedent recognizes that classifications based on membership in such sovereign Indigenous Nations are political, not racial (See Morton v. Mancari, 417 U.S. 535 (1974)), and that members of these Nations constitute a "suspect class" for equal protection analysis (See Elk v. Wilkins, 112 U.S. 94 (1884)).

This lawful principle is in complete harmony with Our rights affirmed in the American Declaration on the Rights of Indigenous Peoples (A.D.R.I.P.) (Exhibit S), which the United States has endorsed. Specifically, Articles III, IX, XXI, and XXII of the A.DR.I.P. affirm the right of Me and my People to self-determination, juridical personality, and Our own political status.

While those Constitutional claims will be pursued separately in the appropriate forum, this administrative claim is confined solely to the tort of **negligence** to adhere strictly to the procedural requirements of the FTCA.

## IV. <u>Conclusion</u>

For the reasons stated above, I respectfully request that the TSA reconsider its denial and adjudicate this amended negligence claim on its merits. I anticipate a response within the corporate statutory timeframe.

IN HONOR AND RESPECT,

U'si Ch – ab f/k/a Alan N. Carroll Jr,

C/O Near 1208 Carr Place

OSHKOSH, WISCONSIN

Zip – Code Exempt D.M.M. 602 1:3 e (2)

Near [54901]

920-385-1521

Futuregentleman_2012@hotmail.com

Cc: claims@tsa.dhs.gov

U'si Ch – ab

C / O Near 1208A Carr Place

OSHKOSH, WISCONSIN or Meskwa

Zip – Code Exempt DMM

602 1:3 e (2) / Near [54901] (Northwest Territory of N. America)

Email: Futuregentleman_2012@hotmail.com

Gregorian Calendar Date: March 2nd, 2026

VIA CERTIFIED MAIL: 9589071052700962654515

Sherika L. Bryant, Program Specialist

Chief Counsel, Transportation Security Administration

Claims, Outreach, and Debt Branch

TSA Mail Stop 6009

6595 Springfield Center Drive

Springfield, VA 20598-6009

**Re**: NOTICE OF INTENT TO SUE

Claim No. 2025032692861

Dear Ms. Bryant,

This letter serves as a formal notice regarding the above-referenced claim. On or about September 29th, 2025, the Transportation Security Administration (TSA) received my "Amended Claim and Request for Reconsideration" concerning the incidents of negligence and discrimination that occurred on June 27th and June 29th, 2024.

As of today, March 2nd, 2026, nearly five months have passed since the submission of my amended claim, and I have not received a final written disposition from your agency.

Pursuant to the Federal Tort Claims Act, 28 U.S.C. § 2675(a), a federal agency is provided a six-month period to make a final disposition of an administrative claim. This statute further grants the claimant the option to deem the claim finally denied if the agency fails to act within that timeframe.

The six-month statutory period for agency action on my claim will expire on March 29th, 2026. Please be advised that if I do not receive a final written decision on Claim No. 2025032692861 by March 20th, 2026, I will exercise this right and deem the claim finally denied by the TSA due to its failure to act.

Upon the "deemed denial" of this claim, I will immediately commence a lawsuit in the appropriate United States District Court. This lawsuit will seek full relief for all claims arising from the incidents, including, but not limited to, negligence under the Federal Tort Claims Act and all available Constitutional claims through a Bivens action for the violation of my fundamental rights.

IN HONOR AND RESPECT,

U'si Ch – ab f/k/a Alan N. Carroll Jr,

C/O Near 1208 Carr Place

OSHKOSH, WISCONSIN

Zip – Code Exempt D.M.M. 602 1:3 e (2)

Near [54901]

920-385-1521





USPS TRACKING #

9590 9402 8219 3030 9300 57

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

U'si Ch-ab
c/o Near 1208(A) Carr Place
Oshkosh, Wisconsin
Near [54901]



USPS TRACKING #

9590 9402 7043 1225 9781 83

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Sherika Bryant
Chief Counsel's Office
Transportation Security Administration (TSA 2)
6595 Springfield Center Drive
Springfield, VA 20598-6002

## Certified Mail service provides the following benefits:

- A receipt (this portion of the Certified Mail label).
- A unique identifier for your mailpiece.
- Electronic verification of delivery or attempted delivery.
- A record of delivery (including the recipient's signature) that is retained by the Postal Service™ for a specified period.

**Important Reminders:**

- You may purchase Certified Mail service with First-Class Mail®, First-Class Package Service®, or Priority Mail® service.
- Certified Mail service is *not* available for international mail.
- Insurance coverage is *not* available for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.
- For an additional fee, and with a proper endorsement on the mailpiece, you may request the following services:
  - Return receipt service, which provides a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic version. For a hardcopy return receipt, complete PS Form 3811, *Domestic Return Receipt*; attach PS Form 3811 to your mailpiece;

for an electronic return receipt, see a retail associate for assistance. To receive a duplicate return receipt for no additional fee, present this USPS®-postmarked Certified Mail receipt to the retail associate.

- Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent.
- Adult signature service, which requires the signee to be at least 21 years of age (not available at retail).
- Adult signature restricted delivery service, which requires the signee to be at least 21 years of age and provides delivery to the addressee specified by name, or to the addressee's authorized agent (not available at retail).

■ To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bear a USPS postmark. If you would like a postmark on this Certified Mail receipt, please present your Certified Mail item at a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portion of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.

**IMPORTANT: Save this receipt for your records.**

PS Form **3800**, January 2023 *(Reverse)* PSN 7530-02-000-9047

## Certified Mail service provides the following benefits:

- A receipt (this portion of the Certified Mail label).
- A unique identifier for your mailpiece.
- Electronic verification of delivery or attempted delivery.
- A record of delivery (including the recipient's signature) that is retained by the Postal Service™ for a specified period.

**Important Reminders:**

- You may purchase Certified Mail service with First-Class Mail®, First-Class Package Service®, or Priority Mail® service.
- Certified Mail service is *not* available for international mail.
- Insurance coverage is *not* available for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.
- For an additional fee, and with a proper endorsement on the mailpiece, you may request the following services:
  - Return receipt service, which provides a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic version. For a hardcopy return receipt, complete PS Form 3811, *Domestic Return Receipt*; attach PS Form 3811 to your mailpiece;

for an electronic return receipt, see a retail associate for assistance. To receive a duplicate return receipt for no additional fee, present this USPS®-postmarked Certified Mail receipt to the retail associate.

- Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent.
- Adult signature service, which requires the signee to be at least 21 years of age (not available at retail).
- Adult signature restricted delivery service, which requires the signee to be at least 21 years of age and provides delivery to the addressee specified by name, or to the addressee's authorized agent (not available at retail).

■ To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bear a USPS postmark. If you would like a postmark on this Certified Mail receipt, please present your Certified Mail item at a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portion of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.

**IMPORTANT: Save this receipt for your records.**

PS Form **3800**, January 2023 *(Reverse)* PSN 7530-02-000-9047





Hi, The Gift of Creation  0 points   **My Account** | **Log out**   Español

FLIGHT | HOTEL | CAR | VACATIONS    SPECIAL OFFERS    RAPID REWARDS®    Q

 ### Your trip was modified

A change was made to your original reservation. If you need to make changes to the revised itinerary information shown below, you may do so up to two times at no additional cost. If you're flying today and already checked bags, we'll make every effort to reroute your luggage to your destination. However, it may already be on its way with the originally scheduled flight and destination.

- You can either check in 24 hours before your flight or make up to two changes to your itinerary at no additional cost.
- Nearby airports may be available for your place of origin or destination.
- Dates that are not available for selection represent travel dates that are not eligible for this type of change.

# Your Reservation Details

 Print     Email    Add to calendar



JUN 27 - JUL 2

# Milwaukee, WI *to* Oakland, CA

### Confirmation # 2ZGA2P

 **DAY OF TRAVEL CONTACT INFORMATION**
Text: (920) 203-2830

| PASSENGERS | EXTRAS | FARE |
|---|---|---|
| **Paulette Inez Brown** | — | Business Select |
| Assistance requested. Please inform Southwest Airlines Representatives upon arrival. Ticket # 5262281633246 | | |
| **Dashawn Alan Carroll** Ticket # 5262281633247 | — | Business Select |
| **Usi Ch Ab** Ticket # 5262281633248 | — | Business Select |

## Departing   6/27/24 Thursday

TRAVEL TIME

DEPARTS **5:45** PM   **MKE** Milwaukee, WI - MKE    FLIGHT 154    **6** hr **55** min

SCHEDULED AIRCRAFT
Boeing 737-700
*Subject to change*

| | | | |
|---|---|---|---|
| **ARRIVES** | **7:20** PM | **DEN**<br>Denver, CO - DEN | **TRAVEL TIME**<br>**2hr 35min** |

stop 1: Denver, CO - DEN     Plane change

| | | | |
|---|---|---|---|
| **DEPARTS** | **9:05** PM | **DEN**<br>Denver, CO - DEN | **FLIGHT**<br>**3302** 📶+📺<br>**SCHEDULED AIRCRAFT**<br>Boeing 737-700<br>*Subject to change* |
| **ARRIVES** | **10:40** PM | **OAK**<br>Oakland, CA - OAK | **TRAVEL TIME**<br>**2hr 35min** |

# Returning    7/2/24 Tuesday

| | | | |
|---|---|---|---|
| **DEPARTS** | **3:15** PM | **OAK**<br>Oakland, CA - OAK | **FLIGHT**<br>**4237** 📶+📺<br>**SCHEDULED AIRCRAFT**<br>Boeing 737 MAX8<br>*Subject to change* |
| **ARRIVES** | **6:45** PM | **DEN**<br>Denver, CO - DEN | **TRAVEL TIME**<br>**2hr 30min** |

stop 1: Denver, CO - DEN     Plane change

**TRAVEL TIME**
**5**hr **55**min

| | | | |
|---|---|---|---|
| **DEPARTS** | **7:55** PM | **DEN**<br>Denver, CO - DEN | **FLIGHT**<br>**3498** 📶+📺<br>**SCHEDULED AIRCRAFT**<br>Boeing 737-700<br>*Subject to change* |
| **ARRIVES** | **11:10** PM | **MKE**<br>Milwaukee, WI - MKE | **TRAVEL TIME**<br>**2hr 15min** |

**Icon legend**

📶 WiFi available    📺 Live TV available

**Helpful Information:**

- These times are subject to change.
- Flight Schedules and aircraft remain subject to change per the Contract of Carriage.
- Please read the fare rules associated with this purchase.
- When booking with Rapid Rewards® points, your point balance may not immediately update in your account.