

**26 -C- 1 1 9 5**

# International Acknowledgement of Identification Affidavit

Notice to principal is notice to agent, Notice to agent is notice to principal;



**Autochthon — Aborigine — American**

Autochthon Aborigine American
Global Identity & Liberty Card/Notice
Issued: first day of February of the year 2020

U0914-C35862
Arrived on earth: circa 5th day of August,1984
Title: U'si-ch'ab
c/o: 1208 Carr Place
Oshkosh, Wisconsin, or Meskwa
Zip-code not required
Non-domestic, aborigine of America
TAX STATUS: NON OBLIGEE/OBLIGOR
Autograph

Eyes: brown
Hair: dk brown
Height: 5',6"

All liberty and remedy retained and secured, because I am what I say I am. URDRIP, H. Con. Res. 331

U.S. District Court
Wisconsin Eastern

**JUL 08 2026**

FILED
Clerk of Court

Please note: the term aborigine American means Indians not taxed according to Art. 1 Sec. 2 Cl. 3 of the Constitution for the United States of America and is not to be misconstrued as Native-American, which is a socio-political construct pursuant to U.S. Office of Management and Budget Revisions to the Standards for the Classification of Federal Data on Race and Ethnicity.

## Affidavit

I declare to the best of my knowledge, comprehension, and understanding do state the following to be true, complete, and correct; upon oath and or affirmation do proclaim and say:

I, **U'si-ch'ab,** am of aborigine American heritage, pedigree and lineage; and

Whereas I do not consent to any act or deed that deprives me, or my people, and or our offspring, of our secured inalienable and protected rights. Any attempt to do so shall be an overt act of genocide, fraud, and racketeering; and

Whereas to ensure that our rights are respected and honored, this affidavit shall serve as acknowledgment and evidence; and

Therefore I, **U'si-ch'ab,** am in full life. In *Propria Persona, Sui Juris* do affirm and say: I am of the age of majority and competent to state the facts and make the claims herein. This acknowledgment will serve as evidence and testimony for the record and on the record to be read into the record, and will be labeled exhibit V. I affirm that this document is true and correct to the best of my first-hand knowledge; and

Whereas I, **U'si-ch'ab,** am of aborigine American pedigree, heritage and lineage. The continent of America, which includes her islands,and the geographic area so-called the United States, is the birthplace of my ancestors, so called Indians, Indian Tribes, & etc…, ; and

Whereas I am fully cognizant that I have been coerced into accepting an unlawful and unsubstantiated foreign status; Walter Ashby Plecker, Eugenics, government entities, along with countless others was grossly instrumental with reclassifying the aboriginal indigenous people and I as "Negro, Mulatto, Colored, African-American, Black, etc..." As a result, of the commonly known Racial Integrity Act of 1924; and





U.S. District Court
Wisconsin Eastern

JUL 08 2026

FILED
Clerk of Court

# Affidavit

Therefore the socio-political constructive name, race, and ethnicity which may appear on birth, death, marriage, and other records, forms, and documents are acts done under "color of law", designed with the specific intent to destroy, in whole or in substantial part, my people my ancestral, and national identity, which causes serious impairment of our mental faculties of my people, which in turn subjects me and my people to conditions of life that are intended to cause the mental and physical destruction of aboriginal indigenous people of America in whole or in part; this action is considered to be an act of genocide pursuant to 18 U.S.C § 1091; and

Whereas my people and I are beneficiaries of, and protected by, the Constitution for the United States of America, at Article 1, section 2, clause 3, "and excluding Indians not taxed," "and in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land; and the judges in every state shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding." Article 6, clause 2; and

Whereas H.CON.RES. 331, 100th congress, 2nd session, in October, 1988  Whereas, since the formation of the United States, the Congress has recognized the **sovereign status** of Indian tribes and has, through the exercise of powers reserved to the Federal Government in the Commerce Clause of the Constitution (art. I, s.2, cl. 3), **dealt with Indian tribes on a government-to-government basis** and has, through the treaty clause (art. II, s.2, cl. 2) entered into three hundred and seventy treaties with Indian tribal nations via CONCURRENT RESOLUTIONS—OCT. 21, 1988 102 STAT. 4933; and

Whereas, from the first treaty entered into with my people, the treaty with the Delaware Indians of September 17, 1778, Congress has assumed a trust responsibility and obligation to my people and I, so-called "Indian tribes" and our members; and

Whereas this trust responsibility calls for Congress to "exercise the utmost good faith in dealings with my people, so-called "Indians" as provided for in the Northwest Ordinance of 1787. (1 Stat. 50); and

Whereas the judicial system of the United States has consistently recognized and reaffirmed this special relationship:

Now, there-fore, be it that I, U'si-ch'ab, am an aborigine of America. I am a descendant of the so-called" Mound Builders", so-called "Indians & etc., my ancestors have been here on this land, my ancestral land, from time immemorial, well before the first European, African, or other foreigner landed on these shores; Therefore I am not under the jurisdiction of the colonial municipal state of Wisconsin, nor the United States; nor am I a foreigner to this land known as North America; I have a obligation, supported by oath and affirmation to uphold my ancestral Great Law of Peace, of which I am bound.

Affiant: _U'si Ch'ab_
U'si-chab

Jamie L Bovee
NOTARY PUBLIC
STATE OF WISCONSIN

State of Wisconsin
County of Oshkosh
Before me, _Jamie L Bovee_,
Personally appeared: U'si-ch'ab
known to me (or proved to me upon or through satisfactory identification or other lawful documentation) to be the one whose name and or title is ascribed herein affixed to this instrument and acknowledged to me having executed the same for the purposes and considerations herein expressed.
Given under my hand and seal of office this _____ day of _July_, 2026
Notary Public's Signature _Jamie L Bovee_