# UNITED STATES DISTRICT COURT

for the
Eastern District of Wisconsin

U'si Ch-ab, (F/K/a Alan N. Carroll Jr.)
Pro se, appearing in his proper status as an
Indigenous Aborigine American and asserting his
juridical personality pursuant to Article IX of
the American Declaration on the Rights of
_____ Indigenous
Plaintiff(s)            Peoples

v.

THE UNITED STATES OF AMERICA

_____
Defendant(s)

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.    26-C-1195

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Attn: Civil Process Clerk
U.S. Attorney's Office
Eastern District of Wisconsin
517 E. Wisconsin Ave, Rm. 362 / Milwaukee, WI 53202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you receive it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LINDA M. KLEMM, CLERK OF COURT

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons and the attached complaint for *(name of individual and title, if any)*:

_____

were received by me on *(date)* _____.

    ☐ I personally served the summons and the attached complaint on the individual at *(place)*:

_____

_____ on *(date)* _____ ; or

    ☐ I left the summons and the attached complaint at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    ☐ I served the summons and the attached complaint on *(name of individual)* _____

who is designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    ☐ I returned the summons unexecuted because _____ ; or

    ☐ Other *(specify)*: _____

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____

I declare under penalty of perjury that this information is true.

Date: _____

                                      _____
                                                *Server's signature*

                                      _____
                                              *Printed name and title*

                                      _____
                                              *Server's address*

Additional information regarding attempted service, etc.:

# UNITED STATES DISTRICT COURT

for the
Eastern District of Wisconsin

U'si Ch-ab, (F/K/a Alan N. Carroll Jr.)
Pro se, appearing in his proper status as an
Indigenous Aborigine American and asserting his
juridical personality pursuant to Article IX of
the American Declaration on the Rights of
*Plaintiff(s)*  Indigenous

v.  Peoples

Rodger Stokely, in his individual capacity
_____
*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.

26-C-1195

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Milwaukee Mitchell International Airport (MKE)
5300 S. Howell Ave.
Milwaukee, WI 53207

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you receive it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LINDA M. KLEMM, CLERK OF COURT

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons and the attached complaint for *(name of individual and title, if any)*:

_____

were received by me on *(date)* _____.

    ☐ I personally served the summons and the attached complaint on the individual at *(place)*:

_____

_____ on *(date)* _____ ; or

    ☐ I left the summons and the attached complaint at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    ☐ I served the summons and the attached complaint on *(name of individual)* _____

who is designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    ☐ I returned the summons unexecuted because _____ ; or

    ☐ Other *(specify)*: _____

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____

I declare under penalty of perjury that this information is true.

Date: _____

                                                _____
                                                         *Server's signature*

                                              _____
                                                       *Printed name and title*

                                              _____
                                                           *Server's address*

Additional information regarding attempted service, etc.: