PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

9589 0710 5270 0962 6546 69



Retail

U.S. POSTAGE PAID
PM
OSHKOSH, WI 54901
JUL 06, 2026

53202   **$23.00**

RDC 03   S2324N503236-1



UNITED STATES
POSTAL SERVICE®

FROM:

U'si Ch -ab
c/o Near 1208(A) Carr Place
Oshkosh, Wisconsin (NorthWest Territory of N. America)
Zip-Code Exempt DMM 602 1:3 e(2)
Near [54901]

TO:

Linda M. Klemm, Clerk of Court
517 E. Wisconsin Ave Rm. 362
Milwaukee, Wisconsin
53202

ReadyPost



INDEX - To: Linda M. Klemm
RE: Filing of Complaint through FTCA
and Bivens - K'si Ch·ab v. The
United States of America and
Rodger Stokely

INDEX - Enclosed Documents:
(1) Civil Cover Sheet
(2) Complaint +49 pages
(3) Summons
(4) Filing Fee
(5) Self-addressed, stamped envelope.