UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**U'SI CH-AB, f/k/a Alan N. Carroll, Jr.,**

**Plaintiff,**

**v.** **Case No. 26-C-1195**

**UNITED STATES OF AMERICA and RODGER STOKELY,**

**Defendants.**

---

**ORDER DENYING MOTION TO AMEND COMPLAINT**

---

Plaintiff U'si Ch-ab, who is proceeding pro se, brought this action against Defendants United States of America and Transportation Security Administration manager Rodger Stokely in his individual capacity, alleging unconstitutional interference with his ability to board a flight at the Milwaukee Mitchell International Airport on June 27, 2024. Compl. at 1–2, Dkt. No. 1. On August 28, 2026, Plaintiff filed a Notice of Errata seeking to correct clerical and factual errors in his complaint. Dkt. No. 5. It is apparent from Plaintiff's Notice of Errata that he seeks to amend his complaint, and the Court will therefore construe his notice as a motion to amend his complaint.

The local rules governing the amendment of pleadings state: "A motion to amend a pleading must state specifically what changes are sought by the proposed amendments. The proposed amended pleading must be filed as an attachment to the motion to amend." Civil L.R. 15(b). Plaintiff has failed to file a proposed amended complaint that contains all of his corrected allegations and instead requests that the Court accept his Notice of Errata. The Court will not allow Plaintiff to supplement his complaint with piecemeal or corrected allegations because it makes it difficult for the defendants "to file a responsive pleading and makes it difficult for the

trial court to conduct orderly litigation." *Vicom, Inc. v. Harbridge Merchant Servs., Inc.*, 20 F.3d 771, 775–76 (7th Cir. 1994). Further, an amended complaint supersedes the prior complaint and therefore must be complete in itself without reference to the original complaint. *See Duda v. Bd. of Educ. of Franklin Park Pub. Sch. Dist. No. 84*, 133 F.3d 1054, 1056–57 (7th Cir. 1998). Therefore, Plaintiff's Notice of Errata, which the Court construes as a motion to amend his complaint, is **DENIED**.

If Plaintiff wants to proceed with correcting his complaint, he must file an amended complaint. If the Court does not receive an amended complaint, the current complaint with the defects Plaintiff identified will remain operative.

Dated at Green Bay, Wisconsin this 2nd day of September, 2026.

William C. Griesbach
United States District Judge